IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC.<br>3998 Schelden Circle<br>Bethlehem, PA 18964,<br><br>Plaintiff,<br><br>v.<br><br>EAT JUST, INC.<br>300 Wind River Way<br>Alameda, CA 94501<br><br>And<br><br>GOOD MEAT, INC.<br>300 Wind River Way<br>Alameda, CA 94501<br><br>Defendants. | Civil Action No.:<br><br><br>**DEFENDANTS EAT JUST, INC.**<br>**and GOOD MEAT, INC.'s**<br>**NOTICE OF REMOVAL** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendants Eat Just, Inc. and Good Meat, Inc. hereby remove this action from the Court of Common Pleas of Northampton County to the United States District Court for the Eastern District of Pennsylvania. Removal is proper on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332, 1441, 1446.

**Background**

1. Plaintiff, ABEC, Inc. filed this action against Eat Just, Inc. and Good Meat, Inc. (together, "Defendants") on March 8, 2023. The complaint alleges two causes of action, one for breach of contract and the other for account stated, against both Defendants.

1

2. Plaintiff filed the case under the caption *ABEC, Inc. v. Eat Just, Inc. et al.*, in the Court of Common Pleas of Northampton County, Case No. C-48-CV-2023-1441 (the "State Court Action").

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date in this action are attached as **Exhibit A**.

4. The Complaint was served on the Defendants on March 9, 2023, via FedEx overnight mail.

5. This notice of removal is timely under 28 U.S.C. § 1446(b).

## Removal is Proper due to Diversity

1. The Court has original subject matter jurisdiction due to diversity of citizenship between the parties pursuant to 28 U.S.C. §§ 1332(a), 1441.

2. Diversity jurisdiction exists if the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and the action is between "citizens of different States…." *See* 28 U.S.C. § 1332(a)(1).

3. There is complete diversity between the parties.

4. For the purposes of diversity jurisdiction, a corporation is "deemed to be a citizen of any state in which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

5. For purposes of 28 U.S.C. § 1332, Plaintiff ABEC, Inc., is a citizen of the Commonwealth of Pennsylvania. ABEC, Inc. is incorporated in the Commonwealth of Pennsylvania. ABEC, Inc.'s principal place of business is likewise the Commonwealth of Pennsylvania.

6. For purposes of 28 U.S.C. § 1332, Defendant Eat Just, Inc., is a citizen of the states of Delaware and California. Eat Just, Inc. is incorporated in Delaware and its primary place of business is California.

7. For purposes of 28 U.S.C. § 1332, Defendant Good Meat, Inc., is a citizen of the states of Delaware and California. Good Meat, Inc. is incorporated in Delaware and its primary place of business is California.

8. Plaintiff's complaint avers that it values its breach of contract claim in the amount of $62,649,231.79, plus additional amounts for "Impacts to [Plaintiff]" and "lost profits, lost overhead, productivity loses, Expansion Costs and other direct and recoverable damages incurred," exclusive of interest and costs.  Ex. A ¶ 74(a)-(e).

9. Plaintiff's complaint avers that it values its account stated claim in the amount of $100,315,545.79, exclusive of interests and costs. Ex. A ¶ 80(a)-(b).

10. Accordingly, it is evident from the face of the complaint that the alleged damages exceed $75,000.00.

**Removal to This Jurisdiction is Proper**

11. Defendants Eat Just, Inc. and Good Meat, Inc. are the only defendants in the State Court Action.

12. Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, removal of this action from the Court of Common Pleas of Northampton County to the United States District Court for the Eastern District of Pennsylvania is appropriate.

13. The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) because the Court of Common Pleas of Northampton County is geographically located within this federal judicial district.

14. Defendants' counsel hereby certifies that they will promptly file a copy of this Notice of Removal with the Clerk of the Court of Common Pleas of Northampton County and provide notice of this filing to the plaintiffs, as required by 28 U.S.C. § 1446(d).

15. The prerequisites for removal under 28 U.S.C. § 1441 have been met. For all of the foregoing reasons, and because the State Court Action is one within the diversity jurisdiction of the federal district courts, the action is removable to federal court under 28 U.S.C § 1441(a) and (b) because no defendant is a citizen of the Commonwealth of Pennsylvania and the amount in controversy exceeds $75,000.00.

WHEREFORE, Defendants remove the above-captioned action from the Court of Common Pleas of Northampton County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated: March 20, 2023

DLA Piper LLP (US)

*/s/ Joseph Kernen*
Joseph Kernen
joseph.kernen@dlapiper.com
Rachel Mudra
rachelmudra@dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
215.656.3345

*Counsel for Eat Just, Inc. and Good Meat, Inc.*

## CERTIFICATE OF SERVICE

I, Joseph Kernen, certify that on this 20th day of March 2023, true and correct copies of the foregoing Notice of Removal and Exhibit A, were served via U.S. Mail, postage prepaid, and electronic mail addressed as follows:

Peter J. Norman<br>
Stephanie D. Wolbransky<br>
1835 Market Street, Suite 1400<br>
Philadelphia, PA 19103

                                                                          */s/ Joseph Kernen*_____<br>
                                                                          Joseph Kernen

Dated: March 20, 2023