# EXHIBIT A

# Pennsylvania Department of State

Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

| | | | |
|---|---|---|---|
| **Entity Name:** | EAT JUST, INC. | | |
| **Jurisdiction:** | DELAWARE | **Issuance Date:** | 04/06/2023 |
| **Entity No.:** | 0007305082 | **Receipt No.:** | 000456572 |
| **Entity Type:** | Foreign Business Corporation | **Certificate No.:** | 012942728 |

## Document Listing

| Image No. | Date Filed | Effective Date | Filing Description | No. of Pages |
|---|---|---|---|---|
| A937321-1 | 06/15/2021 | 06/15/2021 | Initial Filing | 2 |

** **** ****** ******** End of list ******** ****** **** **

I, Albert Schmidt, Acting Secretary of the Commonwealth of Pennsylvania, do hereby certify that the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written

**ALBERT SCHMIDT**
Acting Secretary of the Commonwealth

Verify this certificate online at www.file.dos.pa.gov

Entity# : 7305082
Date Filed : 06/15/2021
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

| Document will be returned to the name and address entered below. | Foreign Registration Statement |
|---|---|
| Sagent Management <br> **Name** <br> 691 S. Milpitas Blvd, Suite 212 <br> **Address** <br> Milpitas — CA — 95035 <br> **City — State — Zip Code** | DSCB: 15-412 <br> (rev. 2/2017) <br><br> 412 |

Read all instructions prior to completing. This form may be submitted online at https://www.corporations.pa.gov/.

Fee: $250.00       ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of the applicable provisions of 15 Pa.C.S. § 412 (relating to foreign registration statement), the undersigned foreign association hereby states that:

1. The type of association is (check only one):

☒ Business Corporation        ☐ Limited Partnership                          ☐ Business Trust
☐ Nonprofit Corporation       ☐ Limited Liability (General) Partnership       ☐ Professional Association
☐ Limited Liability Company   ☐ Limited Liability Limited Partnership

2. The full and proper name of the foreign association as registered in its jurisdiction of formation is:

   EAT JUST, INC.

**2A.** *If the name in 2 does not contain a required designator or if the name in 2 is not available for use in the Commonwealth,* the alternate name under which the association is registering in this Commonwealth is:

_____

3. The jurisdiction of formation:        DE

4. The street and mailing address of the association's principal office.

| 2000 FOLSOM ST., | SAN FRANCISCO | CA | 94110 |
|---|---|---|---|
| Number and street | City | State | Zip |

**4A.** The street and mailing address of the office, if any, required to be maintained by the law of the association's jurisdiction of formation in that jurisdiction:

| 1209 ORANGE STREET, | WILMINGTON | DE | 19801 |
|---|---|---|---|
| Number and street | City | State | Zip |

PENN File: June 14,2021

Certificate Verification No.: 012942720 Date: 04/06/2023

DSCB:15-412-page2

5. The (a) address of the association's registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

*Complete part (a) OR (b) – not both:*

(a) _____
　　Number and street　　　　　　　City　　OR　　State　Zip　　County

(b) c/o: INCORPORATING SERVICES, LTD.　　　　　Dauphin
　　　　Name of Commercial Registered Office Provider　　　County

6. Check one of the following:

☐ The association may not have series.

☒ The association may have one or more series.

7. Effective date of registration of foreign association (check, and if appropriate complete, one of the following):

☒ The Foreign Registration Statement shall be effective upon filing in the Department of State.

☐ The Foreign Registration Statement shall be effective on: _____ at _____
　　　　　　　　　　　　　　　　　　　　　　　　　Date (MM/DD/YYYY)　　　　Hour (if any)

8. *To be completed by Limited Liability Companies only. Check, and if appropriate complete, one of the following:*

☐ The association is a limited liability company which is not organized to render any of the below professional service(s).

☐ The association is a restricted professional limited liability company organized to render one or more of the following professional service(s): (If this box is checked, one or more of the fields below must be checked.)

___ Chiropractic　___ Dentistry　___ Law　___ Medicine and surgery
___ Optometry　___ Osteopathic medicine and surgery　___ Podiatric medicine　___ Public accounting
___ Psychology　___ Veterinary medicine

IN TESTIMONY WHEREOF, the undersigned association has caused this Foreign Registration Statement to be signed by a duly authorized representative thereof this 14th day of June, 2021

EAT JUST, INC.
Name of Association

UZI SASSON
Signature

CFO
Title

Certificate Verification No.: 012942728 Date: 04/06/2023