# EXHIBIT B



# Purchase Order

#187859
6/17/2021

**Vendor**

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
United States

**TOTAL**

$14,724,797.00

**Need By Date: 6/18/2021**

| Need By Date | TX Vendor Quote # | Billing Phone |
|---|---|---|
| 6/18/2021 | Proposal No: 2106102A; | |

| Bill To Address | Contact | Net Terms | Ship To Address |
|---|---|---|---|
| GOOD MEAT<br>TX | Ifeanyi Amadi | Net 30 | |

Proposal No: 2106102A; Bioreactor growth suite for pilot scale plants at Alameda, CA and Singapore

| Memo | Amount |
|---|---|
| **Bioreactor growth suite for pilot scale plants at Alameda, CA and Singapore** | $14,724,797.00 |

ABEC terms listed in the proposal would be accepted.

| | |
|---|---|
| Tax | |
| **Total** | $14,724,797.00 |

Digitally signed by Adrian Hennessy
DN: cn=Adrian Hennessy, o=ABEC, ou=Applications, email=ahennessy@abec.com, c=IE
Date: 2021.06.21 13:39:33 +01'00'

**Signature:**

**Email:** pkambam@ju.st


187859

# PO 187859 Pilot Plants order confirmation

Final Audit Report 2021-06-21

| | |
|---|---|
| Created: | 2021-06-21 |
| By: | Adrian Hennessy (ahennessy@abec.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5_PSeM84a1vvhT-8k2uIgj3jXiouUpzl |

## "PO 187859 Pilot Plants order confirmation" History

Document digitally presigned by Adrian Hennessy (ahennessy@abec.com)

2021-06-21 - 12:39:33 PM GMT- IP address: 188.141.115.198

Document created by Adrian Hennessy (ahennessy@abec.com)

2021-06-21 - 1:18:20 PM GMT- IP address: 188.141.115.198

Document emailed to Pavan Kambam (pkambam@ju.st) for signature

2021-06-21 - 1:21:33 PM GMT

Email viewed by Pavan Kambam (pkambam@ju.st)

2021-06-21 - 1:35:53 PM GMT- IP address: 71.198.116.28

Document e-signed by Pavan Kambam (pkambam@ju.st)

Signature Date: 2021-06-21 - 5:36:35 PM GMT - Time Source: server- IP address: 50.225.50.154

Agreement completed.

2021-06-21 - 5:36:35 PM GMT