# Exhibit D

**Expansion and Upgrade Costs**

**North Carolina**

| | | |
|---|---:|---:|
| Building Purchase | 2,450,000 | |
| Building design, engineering, fit-out | 3,900,000 | |
| Equipment | 1,448,000 | |
| **Total NC** | | 7,798,000 |

**Springfield Upgrades**

| | | |
|---|---:|---:|
| Building renovation | 801,909 | |
| Overhead doors | 191,835 | |
| Parking lots | 131,700 | |
| Vessel Mfg/Welding Equipment | 3,037,431 | |
| Manipulators - Vessel Rolls | 2,731,915 | |
| Cranes | 1,093,655 | |
| **Total Springfield** | | 7,988,445 |
| | | **15,786,445** |