# Exhibit E

Execution version

## AMENDMENTS TO PURCHASE ORDERS AND
## BIOREACTOR DEVELOPMENT AGREEMENT

AMENDMENTS TO PURCHASE ORDERS AND BIOREACTOR DEVELOPMENT (this "Amendment"), dated as of February 1, 2023, is by and between GOOD Meat, Inc., a Delaware corporation ("GM"), and ABEC, Inc., a Pennsylvania corporation ("ABEC").

RECITALS

WHEREAS, on August 10, 2021, GM and ABEC entered into that certain Bioreactor Development Agreement (the "Original Agreement", and the Original Agreement as amended hereby, the "Agreement"), relating to the development and manufacture of bioreactors for the purposes of cultivating meat;

WHEREAS, in connection with the Original Agreement, ABEC has performed services and is due payment from GM under the following invoices (copies of which are set forth hereto as Exhibit A): Invoice Nos. 24536, 24608, 24612, 24686 and 24733 (collectively, the "Past-Due Invoices");

WHEREAS, also in connection with the Original Agreement, ABEC has performed services and is due payment from GM under the following invoices (copies of which are set forth hereto as Exhibit B): Invoice Nos. 24752, 24768, 24769, 24771, 24772, 24773, and 24800 (collectively, the "Recent Past-Due Invoices");

WHEREAS, ABEC has also performed services under the following invoices in which payment shall be due and payable by GM to ABEC after the date hereof (copies of which are attached hereto as Exhibit C): Invoice Nos. 24817, 24818 and 24834 (collectively, the "Current Invoices");

WHEREAS, GM has advised ABEC that GM desires to modify the scope and certain other terms of the Purchase Orders and the Original Agreement; and

WHEREAS, ABEC and GM have agreed to amend and modify certain of the terms and conditions of the Purchase Orders and the Original Agreement as described below.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.    Open Invoices.

(a)    GM acknowledges, agrees and confirms that as of the date hereof, the aggregate amount of **$35,111,159.80** (the "Past-Due Amount") is currently due and payable under the terms of the Past-Due Invoices, without defense, counterclaim or offset of any kind. GM ratifies and reaffirms the validity, enforceability and binding nature of its obligation to pay the Past-Due Amount in full. GM covenants and agrees that it shall make full payment to ABEC on the Past-Due Invoices as follows:

10340420.v13

| Payment Date: | Payment Amount: |
|---|---|
| February 5, 2023 | $2,111,159.80 |
| March 1, 2023 | $16,500,000.00 |
| April 1, 2023 | $16,500,000.00 |
| **Total:** | **$35,111,159.80** |

Such payments shall be applied to the Past-Due Invoices based on the date of the invoices, from oldest date to newest date (i.e., the February 5, 2023 payment shall be applied to invoice 24536 first, with the balance applied to invoice 24612, etc.).

Notwithstanding the foregoing, in the event that GM closes on a loan financing transaction at any time on or before March 31, 2023 that provides for available loan proceeds to GM in the principal amount of at least $50,000,000, GM shall pay the then outstanding amount of the Past-Due Invoices in full within ten (10) business days of the closing of such loan financing transaction.

(b)    GM acknowledges, agrees and confirms that as of the date hereof, the aggregate amount of **$2,604,352.60** (the "Recent Past-Due Amount") is currently due and payable under the terms of the Recent Past-Due Invoices, without defense, counterclaim or offset of any kind.  GM ratifies and reaffirms the validity, enforceability and binding nature of its obligation to pay the Recent Past-Due Amount in full.  GM covenants and agrees that it shall make full payment to ABEC of the Recent Past-Due Amount with respect to the Recent Past-Due Invoices on or before February 5, 2023.

(c)    GM acknowledges, agrees and confirms that as of the date hereof, the Current Invoices are outstanding but not yet due and payable. GM hereby acknowledges, agrees and confirms that the Current Invoices are (x) valid, proper and correct, and (y) payable by GM on the specified payment dates thereon without defense, counterclaim or offset of any kind.  GM ratifies and reaffirms the validity, enforceability and binding nature of its obligation to pay the Current Invoices in full.  GM shall promptly pay the Current Invoices on their stated payment dates.

(d)    In the event that GM fails to timely make any of the payments in full (i) with respect to the Past-Due Invoices on the specified payment dates set forth in the chart in Section 1(a) above, (ii) with respect to the Recent Past-Due Invoices, on or before February 5, 2023, (iii) with respect to the Current Invoices (as defined in the fourth "Whereas" paragraph in the recitals above) on the stated payments dates therefor plus a three day grace period, and/or (iv) with respect to any future invoices on the stated payment dates therefor plus a three day grace period: (x) all amounts with respect to the Past-Due Invoices, the Recent Past-Due Invoices, the Current Invoices and any other then outstanding invoices shall automatically be immediately due and payable without any further action by any party, (y) notwithstanding the terms of Section 9.3 of the Agreement, ABEC may immediately terminate the Agreement (i.e., without the need of providing a thirty (30) days' prior notice of termination), and (z) ABEC may pursue any and all rights and remedies against GM, at law or in equity, with respect to the Past-Due Invoices, the Recent Past-Due Invoices, the Current Invoices, any then outstanding invoices and the Agreement.

2

10340420.v13

2.      Extension of Delivery Dates.

(a)      GM consents, agrees and acknowledges that the delivery dates under the following Purchase Orders shall be extended by twelve (12) months from the current delivery dates set forth on Schedule 2(a) attached hereto: Purchaser Order Nos. 187860, 191507, 191509, 193749, 194919, 196518 (each, a "§2(a) POs"). The parties agree that that the delivery dates for the §2(a) POs may be further adjusted as determined in good faith and agreed to by the respective project teams. The delivery dates are subject to further adjustment to the extent that there are any additional changes or modifications by GM after the date of order acceptance.

(b)      GM consents, agrees and acknowledges as follows:

(i)      With respect to Purchase Order 191507 (small support equipment), the stated milestones are hereby adjusted from (x) vessel complete plus four (4) months to vessel complete plus two (2) months and (y) from vessel complete plus eight (8) months to vessel complete plus four (4) months; and

(ii)     With respect to Purchase Orders 191509 and 193749 (the two sets of large bioreactors), the stated milestones are hereby adjusted from (x) vessel complete plus four (4) months to vessel head and shell materials arrived plus eight (8) months, and (y) from vessel complete plus eight (8) months to vessel head and shell materials arrived plus fourteen (14) months.

3.      Confirmation of Repricing of Purchase Orders. In recognition of this change in committed scope of work and the resulting impact to ABEC, GM and ABEC agree to an increase in the amount of the pricing of the following Purchase Orders as of the date of this Agreement as set forth below:

| Purchaser Order No. | Current Price | Supplemental #1 Cost Impact Price Increase: | Supplemental #2 Cost Impact Price Increase: | Supplemental #3 Cost Impact Price Increase: |
|---|---|---|---|---|
| 187860 | $45,376,182 | $2,347,864 | $2,347,864 | $2,347,864 |
| 191507 | $43,182,159 | $2,181,655 | $2,181,655 | $2,181,655 |
| 191509 | $50,730,213 | $2,536,511 | $2,536,511 | $2,536,511 |
| 193749 | $49,728,150 | $2,486,408 | $2,486,408 | $2,486,408 |
| 194919 | $86,465,250 | $4,824,538 | $4,824,538 | $4,824,538 |
| 196518 | $3,351,235 | $167,562 | $167,562 | $167,562 |

3

Each of the above Purchase Orders will be evidenced by updated Purchase Orders issued by GM with the revised prices set forth above (the "Updated POs") as follows: (i) Updated POs that shall include an amount equal to the "Supplemental #1 Cost Impact Price Increase" set forth in the chart above shall be issued by GM within ten (10) business days of the date of this Agreement; (ii) Updated POs that shall include an amount equal to the "Supplemental #2 Cost Impact Price Increase" set forth in the chart above shall be issued by GM on July 1, 2023 if GM fails to place in excess of $200m (in the aggregate) of accepted orders with ABEC on or before June 30, 2023; and (iii) Updated POs that shall include an amount equal to the "Supplemental #3 Cost Impact Price Increase" set forth in the chart above shall be issued by GM on October 1, 2023 if GM fails to place in excess of $200m (in the aggregate) of accepted orders with ABEC on or before September 30, 2023.

ABEC will send "catch-up" invoice off of the Updated POs delivered pursuant to "clause (i)" above in amounts equal to (x) the percentage of completion as of such date multiplied by (y) the "Amount of Increase" of such Updated POs in the chart above (the "Catch-up Invoices"). ABEC and GM agree that the Catch-up Invoices will be due and payable by GM on May 1, 2023.

    4.    <u>Amendments</u>. The Original Agreement is hereby amended as follows:

    (a)    <u>Section 3 (Exclusivity)</u>.  Section 3 ("Exclusivity") of the Original Agreement is hereby amended by adding the following sentence at the end thereof: "In addition, and notwithstanding anything to the contrary contained herein, at ABEC's election (acting in its sole discretion), the exclusivity provision in this Section 3 shall immediately and automatically terminate and be of no further force or effect in the event that (x) this Agreement is terminated by ABEC in accordance with Section 9.3 below and/or Section 1(d) of that certain Amendments to Purchase Orders and Bioreactor Development Agreement, dated as of January 21, 2023, by and been ABEC and GM, or (y) 2,000,000L or more of total production capacity (taking into account all previous orders by GM) is not ordered by GM and accepted by ABEC on or before September 30, 2023."

    (b)    <u>Section 9.5</u>. Section 9.5 of the Original Agreement is hereby amended and restated in full as follows: "9.5. [Intentionally deleted]."

    (c)    <u>Appendix 1 (Statement of Work)</u>. Appendix 1 ("Statement of Work") of the Original Agreement is hereby amended as follows:

    (i)    On page 1-1 of Appendix 1, the bullet point descriptions of Stage 4 and Stage 5 are hereby amended and restated in full as follows:

    "● Stage 4 – (timing as set forth in purchase orders): Construct and test first 100KL+ Bioreactor. First pricing for Stage 5.

    ● Stage 5 – Full Scale Production Capacity (timing as set forth in purchase orders): Construct, install, and commission $\geq$ 500,000L of Bioreactor capacity (inclusive of seed train bioreactors)."

    5.    <u>GM Financial Statements</u>.  In accordance with item 1(a) on page 1-6 of Appendix 1, GM was obligated to provide ABEC with GM's audited financial statements for the year ending

December 31, 2021 (the "GM 2021 FY Financials") on or before March 1, 2022. Further, in accordance with item 1(b) on page 1-6 of Appendix 1, GM was obligated to provide ABEC with GM's unaudited quarterly financial statements for the fiscal quarters ended September 30, 2021, March 31, 2022, June 30, 2022, and September 30, 2022 within forty-five (45) days after the end of the applicable quarterly period (collectively, the "Historical Quarterly Statements"). GM shall provide ABEC with the GM 2021 FY Financials on or before February 28, 2023. GM shall provide ABEC with the Historical Quarterly Statements on or before February 28, 2023. GM shall timely deliver to ABEC (i) all future GM audited annual financial statements in accordance with item 1(a) on page 1-6 of Appendix, and (ii) all future FQ1, FQ2 and FQ3 unaudited quarterly financial statements in accordance with item 1(b) page 1-6 of Appendix.

      6.    <u>Miscellaneous</u>.

      (a)    This Amendment may be executed in multiple copies, each of which shall for all purposes constitute an agreement, binding on the parties, and each party hereby covenants and agrees to execute all duplicates or replacement counterparts of this Amendment as may be required.

      (b)    This Amendment shall be governed by the substantive laws of the State of Delaware without reference to any conflicts of laws provisions. The United Nations Convention on Contracts for the International Sale of Goods shall not apply.

      (c)    To the extent that there is any conflicts between the terms and provisions of any ABEC Purchase Order (as amended by this Amendment) and the Agreement, the terms and provision of the ABEC Purchase Orders (as amended by this Amendment) shall control.

      (d)    Except as modified hereby, the Original Agreement remains in full force and effect and subject to all terms and conditions thereof, which are hereby ratified and confirmed in all respects.

**[*Signature Page Follows*]**

10340420.v13

IN WITNESS WHEREOF, the parties have executed this AMENDMENTS TO PURCHASE ORDERS AND BIOREACTOR DEVELOPMENT AGREEMENT as of the date set forth above.

GOOD MEAT, Inc.

By: _____
     Name: Josh Tetrick
     Title: CEO


ABEC, Inc.

By: _____
     Name: Scott Pickering
     Title: CEO

10340420.v13

## **Exhibit A**

### **Past-Due Invoices**

See attached.

Exhibit A

| Ine Num | Cust PO | End User / Project Description | Order Description | Invoice Purpose | Inv Date | Due Date | Paid Date | Inv Cur Code | Invoice Cur Amount | Paid | Sales Tax/VAT | Net Due (Inv Amt - Amt Paid) | Days Past Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24163 | 191328 | ABEC Large Bha Design Validation - ENG | Stage 3 Engineering | Completion of effort | 10/18/2022 | 11/17/2022 | 12/9/2022 | USD | 912,450.00 | 500,000.00 | 72,450.00 | 412,450.00 | 82 | Partial payments made - not due |
| 24608 | 191549 | 200,000L Bioreactor (T1A) | 2nd Set Large Bha | Vessel LL's received | 11/14/2022 | 12/14/2022 | 12/29/2022 | USD | 13,798,481.53 | 1,336,444.03 | 1,336,444.03 | 12,452,037.50 | 55 | Payment is the credit of the sales tax for the NC PO issued |
| 24612 | 191529 | 200,000L Bioreactor (T1A) | 1st Set Large Bha | Vessel LL's received | 11/14/2022 | 12/14/2022 | 12/29/2022 | USD | 12,500,080.08 | 559,705.08 | 559,705.08 | 11,940,375.00 | 55 | Payment is the credit of the sales tax for the NC PO issued |
| 24666 | 191527 | 500L Metal Prep (T1-T2) | Small Support Equipment | Vessel LL's received | 12/12/2022 | 1/11/2023 | 12/29/2022 | USD | 8,829,019.36 | 701,038.36 | 701,038.36 | 8,127,981.00 | 7 | Payment is the credit of the sales tax for the NC PO issued |
| 24723 | 187860 | 500L Bioreactor (T1) | Demo Bha | 500L (x2) and 2K (x2) Vessel Completion | 12/22/2021 | 1/21/2023 | 12/29/2022 | USD | 2,387,921.08 | 189,604.78 | 189,604.78 | 2,198,316.30 | -2 | Payment is the credit of the sales tax for the NC PO issued |

35,111,559.80

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

| | | |
|---|---|---|
| **Credit Memo:** | 24755-A |
| **Page:** | 1 |
| **Date:** | 12/29/2022 |
| **Currency:** | USD |

48476

B
I
L
L

T
O

Good Meat
300 Wind River Way
Alameda CA 94501
United States of America

**Tax ID:**

S
H
I
P

T
O

Good Meat
300 Wind River Way
Alameda CA 94501
United States of America

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013286 | 191509 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | | Crediting sales tax on invoice # 24612 | -559,705.08 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | |
| **Sales Tax** | -559,705.08 |
| **Total** | -559,705.08 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

abec
ec

| Credit Memo: | 24759-A |
| Page: | 1 |
| Date: | 12/29/2022 |
| Currency: | USD |

Tax    23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 2000 Folsom St |
| | Alameda CA 94501 | | San Francisco CA 94110 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013300 | 191507 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | | Crediting sales tax on invoice # 24686 | -701,038.36 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | |
| Sales Tax | -701,038.36 |
| **Total** | -701,038.36 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

abec
ec

| | |
|---|---|
| Credit Memo: | 24757-A |
| Page: | 1 |
| Date: | 12/29/2022 |
| Currency: | USD |

**Tax**   23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 1145 Atlantic Ave |
| | Alameda CA 94501 | | Alameda CA 94501 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013450 | 193749 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | | Crediting sales tax on invoice #24608 | -1,336,444.03 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | |
| **Sales Tax** | -1,336,444.03 |
| **Total** | -1,336,444.03 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

abec

| | |
|---|---|
| **Invoice Number:** | 24686 |
| **Page:** | 1 |
| **Date:** | 12/12/2022 |
| **Currency:** | USD |

**Tax**    23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 2000 Folsom St |
| | Alameda CA 94501 | | San Francisco CA 94110 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013300 | 191507 | | | | | |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 011 | "Invoices are prorated equally based on quantity of systems on each order." | 8,127,981.00 |

88% Milestone Completion Proration
     (represents 15 of the 17 systems achieved this milestone)
2 x 500L Media Prep
2 x 3,000L Media Prep
2 x 6,400L Media Prep
4 x Small Media CIP
5 x Small BRx CIP

**Tax Code:** 94110    SAN FRANCISCO TOURISM    8.62500    701,038.36125
IMPROVEMENT DISTRI

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 8,127,981.00 |
| **Milestones Previously Invoiced:** | 9,211,711.80 |
| **Project To Date M/S Invoiced:** | 17,339,692.80 |
| **Net Invoice Amount:** | 8,127,981.00 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 8,127,981.00 |
| **Sales Tax** | 701,038.36 |
| **Total** | 8,829,019.36 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

| | |
|---|---|
| **Invoice Number:** | 24686 |
| **Page:** | 2 |
| **Date:** | 12/12/2022 |
| **Currency:** | USD |

48476

B
I
L
L

T
O

Good Meat
300 Wind River Way
Alameda CA 94501
United States of America

**Tax ID:**

S
H
I
P

T
O

Good Meat
2000 Folsom St
San Francisco CA 94110
United States of America

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013300 | 191507 | | | | | |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax** 23-1988546

| | |
|---|---|
| **Invoice Number:** | 24733 |
| **Page:** | 1 |
| **Date:** | 12/21/2022 |
| **Currency:** | USD |

48476

| | |
|---|---|
| **B I L L** | Good Meat<br>300 Wind River Way<br>Alameda CA 94501<br>United States of America |
| **T O** | **Tax ID:** |

| | |
|---|---|
| **S H I P** | Good Meat<br>2000 Folsom St<br>San Francisco CA 94110<br>United States of America |
| **T O** | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013135 | 187860 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|

"Invoices are prorated equally based on quantity of systems on each order"

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 25% Upon vessels completion | 20% Milestone Completion Proration<br>2x 500L Bioreactors<br>2x 2,000L Bioreactors | 1,598,563.25 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500       137,876.08031 | |
| 2 | 25% Upon vessels completion | 20% Milestone Completion Proration<br>2x 500L Bioreactors<br>2x 2,000L Bioreactors | 599,753.05 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500       51,728.70056 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 2,198,316.30 |
| **Milestones Previously Invoiced:** | 24,181,479.30 |
| **Project To Date M/S Invoiced:** | 26,379,795.60 |
| **Net Invoice Amount:** | 2,198,316.30 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 2,198,316.30 |
| **Sales Tax** | 189,604.78 |
| **Total** | 2,387,921.08 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:**    24612

**Page:** 1

**Date:** 11/14/2022

**Currency:**  USD

Tax    23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 300 Wind River Way |
| | Alameda CA 94501 | | Alameda CA 94501 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013286 | 191509 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 002 | 25% upon receipt of vesssel materials | 11,940,375.00 |

| Tax Code: | 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 4.68750 | 559,705.07813 |
|---|---|---|---|---|

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 11,940,375.00 |
| **Milestones Previously Invoiced:** | 7,164,225.00 |
| **Project To Date M/S Invoiced:** | 19,104,600.00 |
| **Net Invoice Amount:** | 11,940,375.00 |

Remit_To:

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 11,940,375.00 |
| **Sales Tax** | 559,705.08 |
| **Total** | 12,500,080.08 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:**  24608

**Page:** 1

**Date:**  11/14/2022

**Tax**    23-1988546

**Currency:**  USD

48476

B   Good Meat
I   300 Wind River Way
L   Alameda CA 94501
L   United States of America

T
O     **Tax ID:**

S   Good Meat
H   1145 Atlantic Ave
I   Alameda CA 94501
P   United States of America

T
O

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013450 | 193749 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 002 | 25% upon receipt of vesssel materials | 12,432,037.50 |

**Tax Code:** 94501      ALAMEDA                    10.75000              1,336,444.03125

**Project Invoice Summary:**

**Milestones On Current Invoice:**   12,432,037.50

**Milestones Previously Invoiced:**   7,459,222.50

**Project To Date M/S Invoiced:**   19,891,260.00

**Net Invoice Amount:**   12,432,037.50

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 12,432,037.50 |
| **Sales Tax** | 1,336,444.03 |
| **Total** | 13,768,481.53 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

| | |
|---|---|
| **Invoice Number:** | 24536 |
| **Page:** | 1 |
| **Date:** | 10/18/2022 |
| **Currency:** | USD |

48476

| | |
|---|---|
| **B I L L** | Good Meat<br>300 Wind River Way<br>Alameda CA 94501<br>United States of America |
| **T O** | **Tax ID:** |

| | |
|---|---|
| **S H I P** | Good Meat<br>2000 Folsom Street<br>San Francisco CA 94110<br>United States of America |
| **T O** | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013219 | #191481 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 003 | 30% upon 10 months post acceptance of PO | 840,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | | 72,450.00000 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 840,000.00 |
| **Milestones Previously Invoiced:** | 1,960,000.00 |
| **Project To Date M/S Invoiced:** | 2,800,000.00 |
| **Net Invoice Amount:** | 840,000.00 |

Remit_To:

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 840,000.00 |
| **Sales Tax** | 72,450.00 |
| **Total** | 912,450.00 |

## Exhibit B

**Recent Past-Due Invoices**

See attached.

**Good Meat -  Recent Past Due Invoices**

Exhibit B

| Customer | Inv Num | Project/CO Num | Cust PO | Inv Date | Terms Code | Due Date | Payment Status | Net Due (Inv Amt - Amt Paid) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Good Meat | 24752 | PJBS013286 | 191509 | 12/29/2022 | N30 | 1/28/2023 | UnPaid | 1,184,485.20 |
| Good Meat | 24768 | PJBS013135 | 187860 | 12/30/2022 | N30 | 1/29/2023 | UnPaid | 628,136.40 |
| Good Meat | 24769 | PJBS013300 | 191507 | 12/30/2022 | N30 | 1/29/2023 | UnPaid | 368,062.00 |
| Good Meat | 24771 | PJBS013286 | 191509 | 12/30/2022 | N30 | 1/29/2023 | UnPaid | 80,186.00 |
| Good Meat | 24772 | PJBS013368 | 194919 | 12/30/2022 | N30 | 1/29/2023 | UnPaid | 196,405.40 |
| Good Meat | 24773 | PJBS013450 | 193749 | 12/30/2022 | N30 | 1/29/2023 | UnPaid | 80,677.60 |
| Good Meat | 24800 | PJBS013100 | 187859 | 12/31/2022 | N30 | 1/30/2023 | UnPaid | 66,400.00 |
| | | | | | | | **Total Current** | **2,604,352.60** |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**abec**

| | |
|---|---|
| **Invoice Number:** | 24800 |
| **Page:** | 1 |
| **Date:** | 12/31/2022 |
| **Currency:** | USD |

Tax     23-1988546

48476

| | | | | |
|---|---|---|---|---|
| B<br>I<br>L<br>L<br><br>T<br>O | Good Meat<br>300 Wind River Way<br>Alameda CA 94501<br>United States of America<br><br><br>**Tax ID:** | S<br>H<br>I<br>P<br><br>T<br>O | Good Meat<br>300 Wind River Way<br>Alameda CA 94501<br>United States of America | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 91 | Pass through freight for Alameda | 66,400.00 |

**Tax Code:** N/A                    0.00000             0.00000

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 66,400.00 |
| **Milestones Previously Invoiced:** | 15,910,590.53 |
| **Project To Date M/S Invoiced:** | 15,976,990.53 |
| **Net Invoice Amount:** | 66,400.00 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 66,400.00 |
| **Sales Tax** | 0.00 |
| **Total** | 66,400.00 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:**    24773

**Page:** 1

**Date:**  12/30/2022

**Currency:**  USD

Tax    23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---------|-----------|---------|-----------|
|         | 300 Wind River Way |  | 4000 Friendship Road |
|         | Alameda CA 94501 |  | Apex NC 27502 |
|         | United States of America |  | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|-------|----------------|----------|---------|--------|----------|-------|
| PJBS013450 | 193749 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|----------|-----------|-------------|----------------|
| 1 | 009 | 15% catch up on DCL 6 - R&A of PO # 196518 | 30,254.10 |
| **Tax Code:** | | 0.00000 | |
| 2 | 010 | 25% catch up on DCL 6 - vessel material - PO# 196518 | 50,423.50 |
| **Tax Code:** | | 0.00000 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 80,677.60 |
| **Milestones Previously Invoiced:** | 19,891,260.00 |
| **Project To Date M/S Invoiced:** | 19,971,937.60 |
| **Net Invoice Amount:** | 80,677.60 |

**Remit_To:**

ABEC, Inc.
3998 Scheiden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| Sales Amount | 80,677.60 |
|---|---|
| Sales Tax | 0.00 |
| **Total** | 80,677.60 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

| | | |
|---|---|---|
| **Invoice Number:** | 24772 |
| **Page:** 1 |
| **Date:** | 12/30/2022 |
| **Currency:** | USD |

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 4000 Friendship Road |
| | Alameda CA 94501 | | Apex NC 27502 |
| | United States of America | | United States of America |
| **T O** | **Tax ID:** | **T O** | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013368 | 194919 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 008 | 20% catch up on DCL 6 - R&A of PO # 196518 | 196,405.40 |

**Tax Code:** N/A                 0.00000                 0.00000

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 196,405.40 |
| **Milestones Previously Invoiced:** | 17,290,050.00 |
| **Project To Date M/S Invoiced:** | 17,486,455.40 |
| **Net Invoice Amount:** | 196,405.40 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 196,405.40 |
| **Sales Tax** | 0.00 |
| **Total** | 196,405.40 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

| | | | |
|---|---|---|---|
| **Invoice Number:** | 24769 |
| **Page:** | 1 |
| **Date:** | 12/30/2022 |
| **Currency:** | USD |

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 4000 Friendship Road |
| | Alameda CA 94501 | | Apex NC 27502 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013300 | 191507 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 015 | 20% catch up on DCL 6 - R&A of PO # 196518 | 184,031.00 |
| **Tax Code:** | | 0.00000 | |
| 2 | 016 | 20% catch up on DCL 6 - Vessel materials - PO#196518 | 184,031.00 |
| **Tax Code:** | | 0.00000 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 368,062.00 |
| **Milestones Previously Invoiced:** | 17,339,692.80 |
| **Project To Date M/S Invoiced:** | 17,707,754.80 |
| **Net Invoice Amount:** | 368,062.00 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 368,062.00 |
| **Sales Tax** | 0.00 |
| **Total** | 368,062.00 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:** 24768

**Page:** 1

**Date:** 12/30/2022

**Currency:** USD

Tax    23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 4000 Friendship Road |
| | Alameda CA 94501 | | Apex NC 27502 |
| | United States of America | | United States of America |
| T O | Tax ID: | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013135 | 187860 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 29 | 35% catch up on DCL # 6 - PO# 196518<br>35% Upon receipt of PO | 366,412.90 |
| **Tax Code:** | | 0.00000 | |
| 2 | 30 | 20% catch up on DCL 6 - Vessel material | 209,378.80 |
| **Tax Code:** | | 0.00000 | |
| 3 | 31 | 25% DCL 6 - Vessel completion - 4 systems | 52,344.70 |
| **Tax Code:** | | 0.00000 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 628,136.40 |
| **Milestones Previously Invoiced:** | 26,379,795.60 |
| **Project To Date M/S Invoiced:** | 27,007,932.00 |
| **Net Invoice Amount:** | 628,136.40 |

Remit_To:

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 628,136.40 |
| **Sales Tax** | 0.00 |
| **Total** | 628,136.40 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

abec eo

| | |
|---|---|
| **Invoice Number:** | 24768 |
| **Page:** | 2 |
| **Date:** | 12/30/2022 |
| **Currency:** | USD |

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 4000 Friendship Road |
| | Alameda CA 94501 | | Apex NC 27502 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013135 | 187860 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:** 24771

**Page:** 1

**Date:** 12/30/2022

**Currency:** USD

**Tax**    23-1988546

48476

B    Good Meat
I    300 Wind River Way
L    Alameda CA 94501
L    United States of America

T
O    **Tax ID:**

S    Good Meat
H    4000 Friendship Road
I    Apex NC 27502
P    United States of America

T
O

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|-------|----------------|----------|---------|--------|----------|-------|
| PJBS013286 | 191509 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|----------|-----------|-------------|----------------|
| 1 | 015 | 15% catch up on DCL 6 - R&A of PO # 196518 | 30,069.75 |

**Tax Code:**                                                                0.00000

| 2 | 016 | 25% catch up on DCL 6 - Vessel materials - PO# 196518 | 50,116.25 |

**Tax Code:**                                                                0.00000

**Project Invoice Summary:**

**Milestones On Current Invoice:**    80,186.00

**Milestones Previously Invoiced:**    20,289,085.20

**Project To Date M/S Invoiced:**    20,369,271.20

**Net Invoice Amount:**    80,186.00

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 80,186.00 |
| **Sales Tax** | 0.00 |
| **Total** | 80,186.00 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**    23-1988546

| | | | |
|---|---|---|---|
| **Invoice Number:** | 24752 | | |
| **Page:** 1 | | | |
| **Date:** 12/29/2022 | | | |
| **Currency:** USD | | | |

48476

| | | | |
|---|---|---|---|
| **B** | Good Meat | **S** | Good Meat |
| **I** | 300 Wind River Way | **H** | 4000 Friendship Road |
| **L** | Alameda CA 94501 | **I** | Apex NC 27502 |
| **L** | United States of America | **P** | United States of America |
| | | | |
| **T** | | **T** | |
| **O** | **Tax ID:** | **O** | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013286 | 191509 | | | | | |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 007 | DCL 1 - 15% catch up upon receipt and acceptance of PO | 444,181.95 |
| **Tax Code:** | | 0.00000 | |
| 2 | 008 | DCL 1- 25% catch up upon receipt of vessel materials | 740,303.25 |
| **Tax Code:** | | 0.00000 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 1,184,485.20 |
| **Milestones Previously Invoiced:** | 19,104,600.00 |
| **Project To Date M/S Invoiced:** | 20,289,085.20 |
| **Net Invoice Amount:** | 1,184,485.20 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 1,184,485.20 |
| **Sales Tax** | 0.00 |
| **Total** | 1,184,485.20 |

## **Exhibit C**

**Current Invoices**

See attached.

**Good Meat - Current Invoices**
Exhibit C

| Customer | Inv Num | Project/CO Num | Cust PO | Inv Date | Terms Code | Due Date | Payment Status | Net Due (Inv Amt - Amt Paid) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Good Meat | 24817 | PJBS013100 | 187859 | 1/10/2023 | N30 | 2/9/2023 | UnPaid | 460,037.74 |
| Good Meat | 24818 | PJBS013100 | 187859 | 1/10/2023 | N30 | 2/9/2023 | UnPaid | (122,945.03) |
| Good Meat | 24834 | PJBS013300 | 191507 | 1/17/2023 | N30 | 2/16/2023 | UnPaid | 1,083,730.80 |
| | | | | | | | **Total Current** | **1,420,823.51** |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

abec

| | |
|---|---|
| **Invoice Number:** | 24834 |
| **Page:** | 1 |
| **Date:** | 1/17/2023 |
| **Currency:** | USD |

**Tax**    23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 4000 Friendship Road |
| | Alameda CA 94501 | | Apex NC 27502 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013300 | 191507 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|

"Invoices are prorated equally based on quantity of systems on each order."        1,083,730.80

20% R&A of vessel material

12% Milestone Completion Proration (2 of 17 complete)

2 x 25,000L Media Prep

**Tax Code:**  N/A

| | |
|---|---:|
| **Project Invoice Summary:** | |
| **Milestones On Current Invoice:** | 1,083,730.80 |
| **Milestones Previously Invoiced:** | 17,707,754.80 |
| **Project To Date M/S Invoiced:** | 18,791,485.60 |
| **Net Invoice Amount:** | 1,083,730.80 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---:|
| **Sales Amount** | 1,083,730.80 |
| **Sales Tax** | 0.00 |
| **Total** | 1,083,730.80 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Tax**   23-1988546

| | |
|---|---|
| **Invoice Number:** | 24817 |
| **Page:** | 1 |
| **Date:** | 1/10/2023 |
| **Currency:** | USD |

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 2000 Folsom St |
| | Alameda CA 94501 | | San Francisco CA 94110 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | |

| Line/Rel | Milestone | Description | | Extended Price |
|---|---|---|---|---|
| 1 | 129 | DCL# 15 - 35% Catch-up upon receipt and acceptance of PO | | 156,030.00 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 13,457.58750 | |
| 2 | 130 | DCL# 15 - 10% Catch-up vessel material (A) | | 44,580.00 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 3,845.02500 | |
| 3 | 131 | DCL# 15 - 10% Catch-up vessel material (S) | | 44,580.00 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 3,845.02500 | |
| 4 | 132 | DCL# 15 - 12.5% Catch-up vessel completion (A) | | 55,725.00 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 4,806.28125 | |
| 5 | 133 | DCL# 15 - 12.5% Catch-up vessel completion (S) | | 55,725.00 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 4,806.28125 | |
| 6 | 134 | DCL# 15 - 7.5% Catch-up ready for FAT (A) | | 33,435.00 |
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 2,883.76875 | |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

abec

| | |
|---|---|
| **Invoice Number:** | 24817 |
| **Page:** | 2 |
| **Date:** | 1/10/2023 |
| **Currency:** | USD |

**Tax**    23-1988546

48476

B  Good Meat
I   300 Wind River Way
L   Alameda CA 94501
L   United States of America

T
O     **Tax ID:**

S  Good Meat
H  2000 Folsom St
I   San Francisco CA 94110
P  United States of America

T
O

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | |

| Line/Rel | Milestone | Description | | Extended Price |
|---|---|---|---|---|
| 7 | 135 | DCL# 15 - 7.5% Catch-up ready for FAT (S) | | 33,435.00 |

**Tax Code:** 94110    SAN FRANCISCO TOURISM
IMPROVEMENT DISTRI    8.62500    2,883.76875

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | 423,510.00 |
| **Milestones Previously Invoiced:** | 15,976,990.53 |
| **Project To Date M/S Invoiced:** | 16,400,500.53 |
| **Net Invoice Amount:** | 423,510.00 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA 18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | 423,510.00 |
| **Sales Tax** | 36,527.74 |
| **Total** | 460,037.74 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:** 24818

**Page:** 1

**Date:** 1/10/2023

**Currency:** USD

**Tax** 23-1988546

48476

| B I L L | Good Meat | S H I P | Good Meat |
|---|---|---|---|
| | 300 Wind River Way | | 2000 Folsom St |
| | Alameda CA 94501 | | San Francisco CA 94110 |
| | United States of America | | United States of America |
| T O | **Tax ID:** | T O | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 1 | 138 | DCL# 16 - 35% Catch-up upon receipt and acceptance of PO | -41,699.00 |
| Tax Code: 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500          -3,596.53875 | |
| 2 | 139 | DCL# 16 - 10% Catch-up vessel material (A) | -11,914.00 |
| Tax Code: 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500          -1,027.58250 | |
| 3 | 140 | DCL# 16 - 10% Catch-up vessel material (S) | -11,914.00 |
| Tax Code: 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500          -1,027.58250 | |
| 4 | 141 | DCL# 16 - 12.5% Catch-up vessel completion (A) | -14,892.50 |
| Tax Code: 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500          -1,284.47813 | |
| 5 | 142 | DCL# 16 - 12.5% Catch-up vessel completion (S) | -14,892.50 |
| Tax Code: 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500          -1,284.47813 | |
| 6 | 143 | DCL# 16 - 7.5% Catch-up ready for FAT (A) | -8,935.50 |
| Tax Code: 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500          -770.68688 | |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:** 24818

**Page:** 2

**Date:** 1/10/2023

**Currency:** USD

**Tax**    23-1988546

48476

| | |
|---|---|
| B | Good Meat |
| I | 300 Wind River Way |
| L | Alameda CA 94501 |
| L | United States of America |

| | |
|---|---|
| S | Good Meat |
| H | 2000 Folsom St |
| I | San Francisco CA 94110 |
| P | United States of America |

T
O    **Tax ID:**

T
O

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 7 | 144 | DCL# 16 - 7.5% Catch-up ready for FAT (S) | -8,935.50 |

| | | | | |
|---|---|---|---|---|
| **Tax Code:** 94110 | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | -770.68688 | |

**Project Invoice Summary:**

| | |
|---|---|
| **Milestones On Current Invoice:** | -113,183.00 |
| **Milestones Previously Invoiced:** | 16,400,500.53 |
| **Project To Date M/S Invoiced:** | 16,287,317.53 |
| **Net Invoice Amount:** | -113,183.00 |

**Remit_To:**

ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| **Sales Amount** | -113,183.00 |
| **Sales Tax** | -9,762.03 |
| **Total** | -122,945.03 |

## Schedule 2(a)

### ABEC GOOD Meat Schedule Summary _ Rev6

See attached.









