# Exhibit F

ABEC, Inc.  
3998 Schelden Circle  
Bethlehem PA 18017  
610 861 4666

Tax    23-1988546

| | | Invoice Number: | 24845 |
|---|---|---|---|
| | | Page: | 1 |
| | | Date: | 1/25/2023 |
| | | Currency: | USD |

48476

**BILL TO**  
Good Meat  
300 Wind River Way  
Alameda CA 94501  
United States of America  

Tax ID:

**SHIP TO**  
Good Meat  
2000 Folsom St  
San Francisco CA 94110  
United States of America

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | | Extended Price |
|---|---|---|---|---|
| 1 | 102 | DCL 14 - 2.5% after SAT NTE 110d FAT(A) PO# 187859 | | -3,099.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | -267.28875 |
| 2 | 116 | 2.5% after SAT NTE 110d FAT(S) | | 368,119.92 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 31,750.34310 |
| 3 | 117 | Scope change from Proposal- 2.5%(S) | | 35,404.81 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 3,053.66486 |
| 4 | 118 | DCL 1 - 2.5% after SAT NTE 110d FAT(S) | | 14,955.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 1,289.86875 |
| 5 | 119 | DCL 2 - 2.5% after SAT NTE 110d FAT(S) | | 14,955.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 1,289.86875 |
| 6 | 120 | DCL 13 - 2.5% after SAT NTE 110d FAT(S) | | 11,307.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | 975.22875 |

ABEC, Inc.  
3998 Schelden Circle  
Bethlehem PA 18017  
610 861 4666  

Invoice Number: 24845  
Page: 2  
Date: 1/25/2023  
Currency: USD  

Tax    23-1988546  

48476  

**BILL TO**  
Good Meat  
300 Wind River Way  
Alameda CA 94501  
United States of America  

Tax ID:  

**SHIP TO**  
Good Meat  
2000 Folsom St  
San Francisco CA 94110  
United States of America  

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | | Extended Price |
|---|---|---|---|---|
| 7 | 121 | DCL 5 - 2.5% after SAT NTE 110d FAT(S) | | 3,570.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500    307.91250 | |
| 8 | 122 | DCL 10 - 2.5% after SAT NTE 110d FAT(S) | | 1,228.50 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500    105.95813 | |
| 9 | 123 | DCL 3 - 2.5% after SAT NTE 110d FAT(S) | | 1,049.50 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500    90.51938 | |
| 10 | 124 | Warranty- 2.5%(S) | | 410.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500    35.36250 | |
| 11 | 125 | DCL 11 - 2.5% after SAT NTE 110d FAT(S) | | 246.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500    21.21750 | |
| 12 | 126 | DCL 14 - 2.5% after SAT NTE 110d FAT(S) | | -3,099.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500    -267.28875 | |
| 13 | 127 | DCL 12 - 2.5% after SAT NTE 110d FAT(S) | | -4,550.00 |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

**Invoice Number:** 24845
**Page:** 3
**Date:** 1/25/2023
**Currency:** USD

Tax   23-1988546

48476

BILL TO:
Good Meat
300 Wind River Way
Alameda CA 94501
United States of America
Tax ID:

SHIP TO:
Good Meat
2000 Folsom St
San Francisco CA 94110
United States of America

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | -392.43750 |
| 14 | 128 | DCL 7 - 2.5% after SAT NTE 110d FAT(S) | -24,897.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | -2,147.36625 |
| 15 | 136 | DCL 15 - 2.5% after SAT NTE 110d FAT(A) | 11,145.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | 961.25625 |
| 16 | 137 | DCL 15 - 2.5% after SAT NTE 110d FAT(S) | 11,145.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | 961.25625 |
| 17 | 14 | 2.5% after SAT NTE 110d FAT(A) | 368,119.92 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | 31,750.34310 |
| 27 | 73 | Warranty- 2.5%(A)  PO# 187859 | 410.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | 35.36250 |
| 18 | 145 | DCL 16 - 2.5% after SAT NTE 110d FAT(A) | -2,978.50 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI  8.62500 | -256.89563 |

ABEC, Inc.  
3998 Schelden Circle  
Bethlehem PA 18017  
610 861 4666  



| | |
|---|---|
| Invoice Number: | 24845 |
| Page: | 4 |
| Date: | 1/25/2023 |
| Currency: | USD |

Tax   23-1988546

| | | | |
|---|---|---|---|
| | 48476 | | |
| B I L L   T O | Good Meat<br>300 Wind River Way<br>Alameda CA 94501<br>United States of America<br><br>Tax ID: | S H I P   T O | Good Meat<br>2000 Folsom St<br>San Francisco CA 94110<br>United States of America |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|
| 19 | 146 | DCL 16 - 2.5% after SAT NTE 110d FAT(S) | -2,978.50 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI   8.62500 | -256.89563 |
| 20 | 20 | DCL 1 - 2.5% after SAT NTE 110d FAT(A) | 14,955.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI   8.62500 | 1,289.86875 |
| 21 | 26 | DCL 2 - 2.5% after SAT NTE 110d FAT(A) | 14,955.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI   8.62500 | 1,289.86875 |
| 22 | 32 | DCL 3 - 2.5% after SAT NTE 110d FAT(A) | 1,049.50 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI   8.62500 | 90.51938 |
| 23 | 38 | DCL 5 - 2.5% after SAT NTE 110d FAT(A) | 3,570.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI   8.62500 | 307.91250 |
| 24 | 44 | DCL 7 - 2.5% after SAT NTE 110d FAT(A) | -24,897.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI   8.62500 | -2,147.36625 |

ABEC, Inc.  
3998 Schelden Circle  
Bethlehem PA 18017  
610 861 4666



**Invoice Number:** 24845  
**Page:** 5  
**Date:** 1/25/2023

**Tax** 23-1988546   **Currency:** USD

48476

| | |
|---|---|
| B I L L  T O | Good Meat<br>300 Wind River Way<br>Alameda CA 94501<br>United States of America<br><br>Tax ID: |
| S H I P  T O | Good Meat<br>2000 Folsom St<br>San Francisco CA 94110<br>United States of America |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |
| Line/Rel | Milestone | Description | | | Extended Price | |
| 25 | 67 | DCL 11 - 2.5% after SAT NTE 110d FAT(A)<br>PO# 187859 | | | | 246.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | | 21.21750 | |
| 26 | 70 | DCL 12 - 2.5% after SAT NTE 110d FAT(A)<br>PO# 187859 | | | | -4,550.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | | -392.43750 | |
| 28 | 76 | Scope change from Proposal- 2.5%(A)<br>2.5% after SAT NTE 110 days FAT | | | | 35,404.82 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | | 3,053.66573 | |
| 29 | 79 | DCL 10 - 2.5% after SAT NTE 110d FAT(A)<br>PO# 190697 | | | | 1,228.50 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | | 105.95813 | |
| 30 | 90 | DCL 13 - 2.5% after SAT NTE 110d FAT(A)<br>PO# 187859 | | | | 11,307.00 |
| Tax Code: 94110 | | SAN FRANCISCO TOURISM IMPROVEMENT DISTRI | 8.62500 | | 975.22875 | |

ABEC, Inc.
3998 Schelden Circle
Bethlehem PA 18017
610 861 4666

Invoice Number: 24845

Page: 6

Date: 1/25/2023

Tax   23-1988546

Currency: USD

48476

| | BILL TO | | SHIP TO |
|---|---|---|---|
| | Good Meat | | Good Meat |
| | 300 Wind River Way | | 2000 Folsom St |
| | Alameda CA 94501 | | San Francisco CA 94110 |
| | United States of America | | United States of America |
| | Tax ID: | | |

| Order | Purchase Order | Packages | Prepaid | Weight | Ship Via | Terms |
|---|---|---|---|---|---|---|
| PJBS013100 | 187859 | | | | | Net 30 Days |

| Line/Rel | Milestone | Description | Extended Price |
|---|---|---|---|

Project Invoice Summary:

Milestones On Current Invoice: 853,732.47
Milestones Previously Invoiced: 16,287,317.53
Project To Date M/S Invoiced: 17,141,050.00
Net Invoice Amount: 853,732.47

Remit_To:
ABEC, Inc.
3998 Schelden Circle
Bethlehem, PA 18017

The Provident Bank
Account # 1210000778
Routing # 221272303 Swift Code # PRNDUS33

| | |
|---|---|
| Sales Amount | 853,732.47 |
| Sales Tax | 73,634.43 |
| Total | 927,366.90 |