# Exhibit G

| Inv Num | Cust PO | Project Description | Invoice Date | Original Due Date | Revised Due Date | Amount Due |
|---|---|---|---|---|---|---|
| 24608 | 193749 | 250,000L Bioreactor (T2A) | 11/14/2022 | 12/14/2022 | 3/1/2023 | 12,432,037.50 |
| 24612 | 191509 | 250,000L Bioreactor (T1A) | 11/14/2022 | 12/14/2022 | 3/1/2023 | 4,067,962.50 |
| 24612 - balance per Amendment dated February 1, 2023 | | | | | 4/1/2023 | 7,872,412.50 |
| 24686 | 191507 | 500L Media Prep (T1-T2) | 12/12/2022 | 1/11/2023 | 4/1/2023 | 6,429,271.20 |
| 24733 | 187860 | 500L Bioreactor (T1) | 12/21/2022 | 1/20/2023 | 4/1/2023 | 2,198,316.30 |
| 24845 | 187859 | 1,000L Media Prep, Just | 1/25/2023 | 2/24/2023 | 2/24/2023 | 927,366.90 |
| 24874 | 194919 | 3,000L Nutrient Prep (T1-T2) | 2/2/2023 | 3/4/2023 | 3/4/2023 | 8,326,883.52 |
| 24879 | 196174 | SERVICE - PURCHASED PARTS | 2/3/2023 | 3/5/2023 | 3/5/2023 | 7,534.24 |
| 24880 | 196174 | SERVICE - PURCHASED PARTS | 2/3/2023 | 3/5/2023 | 3/5/2023 | 25,621.82 |
| 24904 | 187860 | 500L Bioreactor (T1) | 2/10/2023 | 3/12/2023 | 3/12/2023 | 3,375,991.51 |
| 24931 | 194919 | DCL 14 Stoppage of Work (Large Support) | 2/22/2023 | 3/24/2023 | 3/24/2023 | 12,500.00 |
| 24932 | 191507 | DCL 14 Stoppage of Work (Small Support) | 2/22/2023 | 3/24/2023 | 3/24/2023 | 62,500.00 |
| 24940 | 187860 | 500L Bioreactor (T1) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 1,584,808.20 |
| 24941 | 187860 | 500L Bioreactor (T1) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 35,332.88 |
| 24942 | 191509 | 250,000L Bioreactor (T1A) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 1,014,604.40 |
| 24943 | 191509 | 250,000L Bioreactor (T1A) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 4,009.20 |
| 24944 | 191507 | 500L Media Prep (T1-T2) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 872,662.00 |
| 24945 | 191507 | 500L Media Prep (T1-T2) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 18,403.20 |
| 24946 | 194919 | 3,000L Nutrient Prep (T1-T2) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 1,424,387.41 |
| 24947 | 194919 | 3,000L Nutrient Prep (T1-T2) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 14,496.49 |
| 24948 | 193749 | 250,000L Bioreactor (T2A) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 994,563.20 |
| 24949 | 193749 | 250,000L Bioreactor (T2A) | 2/23/2023 | 3/25/2023 | 5/1/2023 | 4,034.00 |
| 24954 | 191507 | DCL 14 Stoppage of Work (Small Support) | 2/27/2023 | 3/29/2023 | 3/29/2023 | 62,500.00 |
| 24956 | 194919 | DCL 14 Stoppage of Work (Large Support) | 2/27/2023 | 3/29/2023 | 3/29/2023 | 12,500.00 |
| 24969 | 187860 | 500L Bioreactor (T1) | 3/2/2023 | 4/1/2023 | 4/1/2023 | 2,963,339.31 |
| 24970 | 194919 | 3,000L Nutrient Prep (T1-T2) | 3/2/2023 | 4/1/2023 | 4/1/2023 | 4,395,519.80 |
| 24971 | 191507 | 500L Media Prep (T1-T2) | 3/2/2023 | 4/1/2023 | 4/1/2023 | 1,447,246.38 |
| 24973 | 187859 | 1,000L Media Prep, Just | 3/2/2023 | 4/1/2023 | 4/1/2023 | 30,459.43 |
| 24976 | 187860 | 500L Bioreactor (T1) | 3/3/2023 | 4/2/2023 | 4/2/2023 | 2,111,958.10 |
| 24977 | 191507 | 500L Media Prep (T1-T2) | 3/3/2023 | 4/2/2023 | 4/2/2023 | (1,037,346.32) |
| 24978 | 191509 | 250,000L Bioreactor (T1A) | 3/3/2023 | 4/2/2023 | 4/2/2023 | 3,000.00 |
| 24979 | 194919 | 3,000L Nutrient Prep (T1-T2) | 3/3/2023 | 4/2/2023 | 4/2/2023 | 719,356.12 |
| 24983 | 194919 | DCL 14 Stoppage of Work (Large Support) | 3/6/2023 | 4/5/2023 | 4/5/2023 | 12,500.00 |
| 24984 | | DCL 19a Stoppage of Work (Small BRxs) | 3/6/2023 | 4/5/2023 | 4/5/2023 | 90,000.00 |
| 24989 | 196518 | DCL 19c Stop g Work Delta V | 3/6/2023 | 4/5/2023 | 4/5/2023 | 6,000.00 |
| 24990 | 191507 | DCL 14 Stoppage of Work (Small Support) | 3/6/2023 | 4/5/2023 | 4/5/2023 | 62,500.00 |
| 24991 | 191507 | DCL 19b Stoppage of Work (Small Support) | 3/6/2023 | 4/5/2023 | 4/5/2023 | 64,000.00 |

Total  62,649,231.79