# Exhibit H

Interest on Past Due, Unpaid Eat Just/Good Meat Invoices as of March 7, 2023

| Interest Prior to Amendment dated February 1, 2023 | | | | | | |
|---|---|---|---|---|---|---|
| Invoice Number | Cust PO | Due Date | Amendment Date | Amount Due | Days Past Due | Interest |
| 24608 | 193749 | 12/14/2022 | 2/1/2023 | 12,432,037.50 | 49 | 133,516.68 |
| 24612 | 191509 | 12/14/2022 | 2/1/2023 | 11,940,375.00 | 49 | 128,236.36 |
| 24686 | 191507 | 1/11/2023 | 2/1/2023 | 6,429,271.20 | 21 | 29,592.26 |
| 24733 | 187860 | 1/20/2023 | 2/1/2023 | 2,198,316.30 | 12 | 5,781.87 |
| | | | Total Interest Prior to Amendment dated February 1, 2023 | | | 297,127.17 |
| | | | | | | |
| Interest Post Amendment dated February 1, 2023 | | | | | | |
| Invoice Number | Cust PO | Revised Due Date | As of March 7, 2023 | Amount Due | Days Past Due | Interest |
| 24608 | 193749 | 3/1/2023 | 3/7/2023 | 12,432,037.50 | 6 | 16,348.98 |
| 24612 | 191509 | 3/1/2023 | 3/7/2023 | 4,067,962.50 | 6 | 5,349.65 |
| 24612 - balance | | 4/1/2023 | | 7,872,412.50 | | - |
| 24686 | 191507 | 4/1/2023 | | 6,429,271.20 | | - |
| 24733 | 187860 | 4/1/2023 | | 2,198,316.30 | | - |
| | | | Total Interest Post Amendment dated February 1, 2023 | | | 21,698.63 |
| | | | Total Interest on Past Due, Unpaid Invoices | | | 318,825.80 |

Interest on Eat Just/Good Meat Late Payments

| Invoice Number | Due date | Paid date | Amount Due | Days Late | Interest |
|---|---|---|---|---|---|
| 24818 | 2/9/2023 | 2/13/2023 | (122,945.03) | 4 | (107.79) |
| 24817 | 2/9/2023 | 2/13/2023 | 460,037.74 | 4 | 403.32 |
| 24800 | 1/30/2023 | 2/7/2023 | 66,400.00 | 8 | 116.43 |
| 24773 | 1/29/2023 | 2/7/2023 | 80,677.60 | 9 | 159.14 |
| 24772 | 1/29/2023 | 2/7/2023 | 196,405.40 | 9 | 387.43 |
| 24771 | 1/29/2023 | 2/7/2023 | 80,186.00 | 9 | 158.18 |
| 24769 | 1/29/2023 | 2/7/2023 | 368,062.00 | 9 | 726.04 |
| 24768 | 1/29/2023 | 2/7/2023 | 628,136.40 | 9 | 1,239.06 |
| 24752 | 1/28/2023 | 2/7/2023 | 1,184,485.20 | 10 | 2,596.13 |
| 24431 | 10/14/2022 | 10/31/2022 | 34,643.43 | 17 | 129.08 |
| 24400 | 10/7/2022 | 10/31/2022 | 1,391,129.93 | 24 | 7,317.72 |
| 24374 | 9/29/2022 | 10/31/2022 | 2,318,549.88 | 32 | 16,261.61 |
| 24252 | 8/14/2022 | 10/31/2022 | 1,391,129.92 | 78 | 23,782.60 |
| 24206 | 7/21/2022 | 10/31/2022 | 8,261,088.92 | 102 | 184,686.26 |
| 24133 | 6/26/2022 | 10/31/2022 | 240,730.38 | 127 | 6,700.88 |
| 24116 | 6/16/2022 | 6/21/2022 | 2,229,483.33 | 5 | 2,443.27 |
| 24107 | 6/10/2022 | 6/15/2022 | 4,775,842.16 | 5 | 5,233.80 |
| 24011 | 4/24/2022 | 4/26/2022 | 1,783,586.65 | 2 | 781.85 |
| 24010 | 4/24/2022 | 4/26/2022 | 24,020.25 | 2 | 10.53 |
| 24009 | 4/24/2022 | 4/26/2022 | 616,115.41 | 2 | 270.08 |
| 23754 | 1/21/2022 | 2/3/2022 | 7,500,048.05 | 13 | 21,370.00 |
| 23753 | 1/21/2022 | 2/3/2022 | 9,643,510.79 | 13 | 27,477.40 |
| 23735 | 1/15/2022 | 1/26/2022 | 4,560,372.25 | 11 | 10,994.87 |
| | | | | **Total** | 313,137.90 |