IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAT JUST, INC. <br><br> And <br><br> GOOD MEAT, INC., <br><br> Defendants. | Civil Action No.: 5-23-cv-01091-EGS |

**EAT JUST, INC.'S MOTION TO PARTIALLY DISMISS OR STAY
PLAINTIFF ABEC, INC.'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Eat Just, Inc., by its undersigned counsel, respectfully moves to partially dismiss or stay all of Plaintiff's claims. Eat Just bases its motion on the accompanying Memorandum of Law in Support of Eat Just, Inc.'s Motion to Dismiss or Stay Plaintiff ABEC, Inc.'s Amended Complaint.

Dated: August 22, 2023

Respectfully submitted,

DLA Piper LLP (US)

*/s/ Joseph Kernen*
Joseph Kernen
joseph.kernen@dlapiper.com
Rachel Mudra
rachelmudra@dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
215.656.3345

*Counsel for Eat Just, Inc. and
Good Meat, Inc.*