IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>EAT JUST, INC.<br><br>And<br><br>GOOD MEAT, INC.,<br><br>    Defendants. | Civil Action No.: 5-23-cv-01091-EGS |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2023, upon consideration of Eat Just, Inc.'s Motion to Partially Dismiss or Stay Plaintiff ABEC, Inc.'s Amended Complaint (ECF No. ___, the "Motion") Plaintiff's opposition thereto, and for good cause shown, it is **HEREBY ORDERED** that the Motion is **GRANTED** and Count II and IV of Plaintiff's Amended Complaint is **DISMISSED** as to Eat Just with prejudice.

BY THE COURT:

_____
Hon. Edward G. Smith
U.S. District Judge