# Exhibit A

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Friday, November 4, 2022 6:25 PM
**To:** Josh Tetrick
**Subject:** Update Tuesday

Josh,

Hope your travels are going well and are productive. I sent you a meeting invite for a call on Tuesday morning my time (afternoon your time). Just let me know if there is a better time to talk.

My concern with the project is that now Peter, Steve, and Russ are all pushing on Scott and Brady to evaluate a 5 x 125KL approach instead of the 4 x 250KL current plan. My concern is more that we are now folding Scott into this and he is wanting to stall the progress until things are decided. I have made clear that is not to be done but the concern is rippling through the team. Would like to kill this quickly if possible.

I do understand that funding has some risks per our last discussion. The thing I (and the team) would expect is to possibly be discussing a further delay in the second 1.5M Liters of capacity as opposed to shifting completely on the overall approach to 5 x 125K. Both obviously have impacts but the move away from how we set this up (4 x 250L first part and then 6 x 250L second part) creates an awful lot of disruption and unnecessary additional costs while also delaying things significantly for what would be a new step one (if we switch to 5 x 125K's). Brady and Scott heard such determination from the GM team around what we at ABEC think to be a very poor approach (5 x 125K's instead of 4 x 250K's would mean similar costs on equipment with 375KL less capacity put in place, redesign delays, lost cost for investment already committed on 250K's, and delays to change orders on materials from suppliers, as well as not proving out the 250K's concept and therefore not getting clarity on the ultimate cost of goods potential).

Let's talk on Tuesday but I think you and I need to decide what the base plan is and what makes sense if the circumstance arises that calls for a delay in part of the facility. I would like to talk at the general business level before the project team makes decisions or sets a direction that is bad for both companies.

Look forward to catching up on your trip as well. Hope all going as planned.

Thanks. Scott

**Scott Pickering**
CEO & Chairman
**ABEC**
3998 Schelden Circle
Bethlehem, PA 18017
P +1 610-861-4666
spickering@abec.com
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. Thank you. ABEC, Inc.*