# Exhibit B

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Saturday, December 3, 2022 8:46 AM
**To:** Josh Tetrick
**Subject:** December and Q1 estimated payment due amounts

Josh,

Scott and Laura are working on getting the detail level we discussed (the below summary broken out by milestone with description and by vessel system) as well as pictures to support having reached each milestone. They will have that early next week in a full spreadsheet. I just wanted to get you the summary so you had the overall numbers to understand what the first quarter will look like so we can discuss funding and overall timing/issues.

In short the estimated amount that will come due in each month:
December (plus past due from November), approximately: $26M
January, approximately: $15M
February, approximately: $5M
March, approximately: $0
April, approximately: $23M

These numbers are lower than what was in that quarterly summary we looked at on the phone the other day with some material deliveries taking longer than planned but catch-up will occur through 2023. Total that will be due between now and the end of Q1–2023 will be approximately $46M.

Details to follow early next week. Let me know how these numbers align with what your funding and we can discuss if any delays are needed. I would like to settle with the team as soon as possible as they are starting to run down multiple option paths which is going to slow progress overall.

| Purchase Orde | Current PO Valu | PO Description | November | December |
|---|---|---|---|---|
| 187859 | $16,034,603 | GOOD Meat Pilot Plants | | |
| 187860 | $43,966,326 | 5x 32,000L Bioreactor Trains | | 5,495,790.76 |
| 191508 | $2,800,000 | Large BRx Design Validation - Stage 3 | 840,000.00 | |
| 191509 | $50,722,713 | Large Bioreactors – 1st Set (1x125KL, 2x250KL) | 12,680,678.00 | 12,680,678.00 |
| 191507 | $46,058,559 | Support Equipment for 32,000L Bioreactor Trains | | 9,211,711.80 |
| 194919 | $86,450,250 | GOOD Meat Large BRx Supporting Equipment | | |
| 193749 | $49,728,150 | Large Bioreactors – 2nd Set (1x125KL, 2x250KL) | 12,432,037.50 | 12,432,037.50 |

Thanks.

Scott

**Scott Pickering**
CEO & Chairman
ABEC
3998 Schelden Circle
Bethlehem, PA 18017
P +1 610-861-4666
spickering@abec.com
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. Thank you. ABEC, Inc.*