# Exhibit C

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Thursday, January 19, 2023 6:56 PM
**To:** Josh Tetrick
**Cc:** Scott Pickering
**Subject:** Estimated Invoice and Payment schedule Summary_GOOD Meat_2023-1-19 SMP rev1.xlsx
**Attachments:** Estimated Invoice and Payment schedule Summary_GOOD Meat_2023-1-19 SMP rev1.xlsx; #10340420v9_4c6f1-mobility.imanage.work_ - Amendments Bioreactor Development Agreement.docx; Exhibit A with supporting invoices.pdf; Exhibit B with supporting invoices.pdf

Josh,

The attached documents represent our agreement in principal. The Estimated Invoice and Payment schedule includes 2 sheets, the first is the payments that are required based on the current contracts and the second sheet is the modified payment schedule that we have tentatively agreed to assuming that the attached overall amendment to our agreement and purchase orders is fully executed.

Please note that the modified payment schedule for the past due and current invoices would be fixed but the future invoices are based on some assumptions and there is possibility that those numbers may shift. The modified payment schedule will only go into effect if the attached amendment to our current agreement and purchase orders is also fully agreed. Per our discussion, you intend to have that fully reviewed and signed off no later than Monday, January 23, 2023. It is important that we get this finalized and in place by Monday so please call me anytime if there is anything you need from me.

I appreciate the time to work through creation of the proposed amendment. The sincere effort to find the best resolution to support both companies further strengthens the relationship and I am confident will be critical to the ultimate success of your vision.

Thanks.

Scott