# Exhibit D

---

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Friday, January 27, 2023 1:16 PM
**To:** Josh Tetrick
**Subject:** RE: *EXTERNAL* Re: Cash flow

Josh….sorry, one typo in what I sent. Corrected below. Thanks.

---

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Friday, January 27, 2023 12:13 PM
**To:** Scott Pickering <spickering@abec.com>
**Subject:** *EXTERNAL* Re: Cash flow

**WARNING:** This email originated from outside of ABEC. Do not click on links unless you recognize the sender and have confidence that the content is safe. If the content involves a scam or phishing attempt contact IT immediately

Thanks, Scott. Will make sure to catch up with you today.

---

**Josh Tetrick**
Co-Founder & CEO
(415) 404-2372
visit ju.st

---

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Friday, January 27, 2023 5:30 AM
**To:** Josh Tetrick <josh23@ju.st>
**Subject:** Cash flow

Josh,

In understanding you specific concern about payments even in the 2nd half of 2023, I do see that the shift we make in section 2bii (the large bioreactor orders) would shift 2 payments forward. I think one of them would have been in 2023 already but the change we put in place would definitively pull both of them into 2023. I think the basis of that term going from time after vessel complete to time after receipt of the vessel materials is important for ABEC but the amount of time after I suggest we move back some to ensure one of the those payments falls into the H2-2023 and one falls into H1-2024. This keeps your 1st half 2023 payments the same as they would have been without the amendment and your 2nd half 2023 payments the same as they would have been without the amendment but moves where they fall in 2nd half 2023 and first half 2024 earlier to help us not go as negative at that point in the project.

To accomplish this, I suggest change the amendment section 2bii from receipt of vessels heads/shell materials plus 6 months to plus 8 months. And suggest change receipt of vessels heads/shell material plus ~~8~~ 12 months to plus 14 months. Since the start date for both of these is already set, the due dates for these payments will fall in H2-2023 and H1-2024 with this change.

We are already well below your target cash flow in case of limited raise in 2023 but this will help ensure that you have as much room as possible (no worse than original plan for 2023 spending).

Look forward to you call today.

Thanks

Scott

**Scott Pickering**
CEO & Chairman
**ABEC**
3998 Schelden Circle
Bethlehem, PA 18017
P +1 610-861-4666
spickering@abec.com
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. Thank you. ABEC, Inc.*

---

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).