# Exhibit E

**From:** Scott Pickering
**Sent:** Tuesday, January 31, 2023 4:41 PM
**To:** Josh Tetrick <josh23@ju.st>
**Subject:** Amendment Final Document

Josh,

Attached is the agreement as we landed today. I have included a version that is ready for execution. I have signed it so please countersign and return. There is also a redline version attached that shows the changes since the previous ABEC document. You will be able to see the areas that we discussed and the edits we reviewed such as:

- Removal of Eat JUST.
- Addition of "recent past due invoices" to account for ones that became past due in last couple weeks while we discussed this. They are due Feb 5.
- Also pushed the first payment back to Feb 5 for the original past dues.
- Adjusted language in 1a that should meet both sets of legal around trigger for receiving line of credit and extended from 3 to 10 days.
- Made clear in 1d that the Current Invoices that would come due are only the existing ones….does not refer to future invoices before their due date. And, added a 3 day grace.
- Simplified 2a to a 1 year push in schedule. Left it to the teams to adjust as they see fit and agree.
- Extended term on 2bii so that payments fall in H2-2023 and H1-2024.
- Adjusted 3, PO increase to be 1/3 of it now, 1/3 July 1 if no Phase 2, 1/3 of it Oct 1 if no Phase 2. We will still delay the catch-up payment due date on the first one until May 1.
- 4a, exclusivity: Added the discretion of ABEC so that it is not automatic trigger and we can discuss status if we fall into this clause before an trigger.
- Added another clarity around the amendment adjustments are included to PO's for the miscellaneous bullet.

I think this captures everything so hope to see a signed version tonight or tomorrow morning so we can move forward. If something significant missed, please let me know asap so we can address. Signature page is page 6 of the 40 page document (has all the invoices and base schedule attached.)

Thanks.

Scott

**Scott Pickering**
CEO & Chairman
ABEC
3998 Schelden Circle
Bethlehem, PA 18017
P +1 610-861-4666
spickering@abec.com
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. Thank you. ABEC, Inc.*

---

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).