# Exhibit F

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Thursday, February 2, 2023 1:09 PM
**To:** Josh Tetrick
**Subject:** RE: *EXTERNAL* Fw: Abec update

Good to hear Josh. Please call me if any issues are concern about getting this completed today. Thanks. Scott

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Thursday, February 2, 2023 12:59 PM
**To:** Scott Pickering <spickering@abec.com>
**Subject:** *EXTERNAL* Fw: Abec update

**WARNING:** This email originated from outside of ABEC. Do not click on links unless you recognize the sender and have confidence that the content is safe. If the content involves a scam or phishing attempt contact IT immediately

fyi from gc below, we are sending the first of the payments tomorrow also

From: Gabby Grinberg <ggrinberg@ju.st>
Sent: Thursday, February 2, 2023 8:39 AM
To: Josh Tetrick <josh23@ju.st>
Subject: Abec update

Josh, have been working on finalizing Abec but getting on a flight now so will circle back up with you when I am done.

Thx,
G

**Gabby Grinberg**
General Counsel
(415) 361-9745
visit ju.st

JU
ST

**Josh Tetrick**
Co-Founder & CEO
(415) 404-2372
visit ju.st

JU
ST

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).