# Exhibit G

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Thursday, February 9, 2023 10:47 PM
**To:** Scott Pickering
**Subject:** Re: *EXTERNAL* attached

Scott, been at board meetings all day and just getting home. Reminder my legal counsel needs to share comments on the agreement before it's executed, which is why I said pending legal comments. I don't see any major issues w/that said. Re payment, what is the amount that is due so I can ask her to intiate it.

---

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Thursday, February 9, 2023 5:28 AM
**To:** Josh Tetrick <josh23@ju.st>
**Subject:** RE: *EXTERNAL* attached

Josh,

Think we are aligned. With the executed document, the project is moving forward (to the advantage of both companies…..invoice date resets & schedule/price adjustments). No rush on any non-substantive document clean-up if Gabby identifies something……if/when that occurs, we will review and revise the agreement if appropriate.

FYI on a small payment that is due today. I asked Jim to touch base with Brandy to be sure she doesn't miss it…..net is only couple hundred $K but neither of us want an inadvertent miss.

Also, a former business owner in Biopharm that ABEC has worked with for years will be visiting Springfield the week of March 6th (will be March 7,8, or 9….haven't nailed down the specific date yet). With selling his business a few years back, he became a newly minted Billionaire (I think just barely). We have been talking the last handful of years about potential investments he could make. Looking to make a big impact, world changing stuff, etc.. Anyway, one of the topics we have touched on is cultivated meat and he would be interested in meeting you if you have an interest. I believe he is a legitimate potential significant investor. Let me know if you have an interest in talking with him or if really interested, perhaps meeting in Springfield that first week of March so he could tie our facility and how we are adapting it for Cultivated Meat with your vision and company. Or, if you prefer, I will just introduce you two via email and you can connect on your own. Just let me know.

Thanks.

Scott

---

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Wednesday, February 8, 2023 4:06 PM
**To:** Scott Pickering <spickering@abec.com>
**Subject:** Re: *EXTERNAL* attached

**WARNING:** This email originated from outside of ABEC. Do not click on links unless you recognize the sender and have confidence that the content is safe. If the content involves a scam or phishing attempt contact IT immediately

Scott, been at board meetings, we will send back requested revisions - so still pending legal comments. Pls let me work through these.

---

**Josh Tetrick**
Co-Founder & CEO
(415) 404-2372
visit ju.st

---

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Wednesday, February 8, 2023 5:12 AM
**To:** Josh Tetrick <josh23@ju.st>
**Subject:** RE: *EXTERNAL* attached

Josh,

Thanks for the executed document. I have shared it with the critical team at ABEC to ensure understanding that we have a path forward on the project. This was very important in building the team's confidence in our ability to find mutually beneficial paths now and during the coming years.

I did not see any requested revisions from Gabby yesterday so we will move forward as executed. If there are any requested revisions, let me know and we will cycle them through the team for consideration and revise the amendment if/as appropriate. In the meantime, we will move forward and update the project as outlined in the amendment.

Thank you again for your efforts to amend our agreement and orders to align with the evolving project circumstances. The ABEC team is fully invested in continuing the partnership and helping GOOD Meat bring your vision to reality.

Thanks.

Scott

---

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Tuesday, February 7, 2023 2:54 PM
**To:** Scott Pickering <spickering@abec.com>
**Subject:** *EXTERNAL* attached

**WARNING:** This email originated from outside of ABEC. Do not click on links unless you recognize the sender and have confidence that the content is safe. If the content involves a scam or phishing attempt contact IT immediately

Pending additional comments from legal.

---

**Josh Tetrick**
Co-Founder & CEO
(415) 404-2372
visit ju.st

---

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error,

please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).

---

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).