# Exhibit H

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Thursday, February 9, 2023 6:38 PM
**To:** Josh Tetrick
**Subject:** Fwd: *EXTERNAL* RE: ABEC

Josh, I echo Jim's comment below. Your CFO just notified my CFO that GOOD has decided to stop all payments. I hope this is miscommunication within your team. Please resolve immediately and have a confirmation email sent to Jim from Brandy. If not cleared this evening, I will need to inform my team of the notice in the morning.
This continues to be unnecessarily difficult.
Scott

Begin forwarded message:

**From:** Jim Lynch <jlynch@abec.com>
**Date:** February 9, 2023 at 6:04:51 PM EST
**To:** Scott Pickering <spickering@abec.com>
**Subject: FW: *EXTERNAL* RE: ABEC**

WTF

---

**From:** Brandy Green <bgreen@ju.st>
**Sent:** Thursday, February 9, 2023 6:03 PM
**To:** Jim Lynch <jlynch@abec.com>
**Subject:** *EXTERNAL* RE: ABEC

**WARNING:** This email originated from outside of ABEC. Do not click on links unless you recognize the sender and have confidence that the content is safe. If the content involves a scam or phishing attempt contact IT immediately

Hi Jim,

Thanks for the email. It is my understanding that the agreement is pending legal review and until that is sorted out we are holding.

Thanks,
Brandy

---

**Brandy Green**
CFO
(510) 735-5143
visit ju.st

**From:** Jim Lynch <jlynch@abec.com>
**Sent:** Thursday, February 9, 2023 1:11 PM
**To:** Brandy Green <bgreen@ju.st>
**Subject:** FW: ABEC

Hi Brandy,
Just getting this back to the top of your email. Please let me know status of payment.
Thanks,
Jim

**From:** Jim Lynch
**Sent:** Wednesday, February 8, 2023 2:58 PM
**To:** Brandy Green <bgreen@ju.st>
**Subject:** ABEC

Brandy,
I wanted to send a reminder on two invoices that are due for payment tomorrow – actually one invoice and one credit. See Exhibit C in the attached agreement.
Given all the work Josh and Scott put into getting this done, I want to ensure we are all on the same page regarding the commitments.
Please give me a call if you have any questions. My mobile is the best way to reach me, 610-633-0868.
Thanks,
Jim

**Jim Lynch**
**CFO**
**ABEC**
3998 Schelden Circle | Bethlehem, PA 18017 USA
Cork Road | Fermoy | Co. Cork Ireland
P +1 610-861-4666 | M USA +1 610-633-0868 | M IRL +353 87 9762475
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you. ABEC, Inc.*

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).