# Exhibit I

**Mudra, Rachel**

| | |
|---|---|
| **From:** | Josh Tetrick <josh23@ju.st> |
| **Sent:** | Friday, February 10, 2023 10:34 AM |
| **To:** | Scott Pickering |
| **Cc:** | Jim Lynch; Brandy Green; Norman, Peter; Rittinger, Michael |
| **Subject:** | Re: ABEC - GOOD Meat Status |

Scott, give me a call.

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Friday, February 10, 2023 5:30 AM
**To:** Josh Tetrick <josh23@ju.st>
**Cc:** Jim Lynch <jlynch@abec.com>; Brandy Green <bgreen@ju.st>; Norman, Peter <PNorman@klehr.com>; Rittinger, Michael <MRittinger@klehr.com>
**Subject:** ABEC - GOOD Meat Status

Josh,

Let me first just remind you of the last week of communications. Last Friday, February 3, you confirmed in writing that we would have the executed amendment (that we had already negotiated) executed by the end of the day on Monday, February 6. On Monday, February 6, you confirmed both verbally and in writing again that the executed amendment (signed document) would be to me by the end of your day PST. For the 5th time, you did not follow through on your commitment as the document was not received by Tuesday morning, February 7. On February 7, you committed again, both verbally and in writing to have the executed amendment to me by noon PST that same day. 15 minutes prior to that, still no document so I called you and you agreed to sign and send the document since you were at risk of missing your 6th firm commitment. I have attached the executed amendment hereto.

Any suggestion that the executed amendment is somehow not binding is beyond nonsensical. So with that understanding, let me be clear on ABEC's position:

1. GOOD Meat and ABEC have a fully executed amendment that impacts both our original agreement as well as the identified purchase orders.
2. ABEC fully intends to honor our agreements and purchase orders as per the amendment.
3. ABEC expects GOOD Meat to fully honor their obligations as provided in the amended agreement and PO's.
4. Good Meat has admittedly breached its payment obligations under the PO's, and now it appears that GOOD Meat seeks to breach and renege on the obligations under the amendment. I would ask that you do not make this situation worse.

Josh……This is so disappointing. At this point, ABEC has no option but to protect ourselves from additional damages resulting from GOOD Meat actions.

Regards,

Scott

**Scott Pickering**
CEO & Chairman
**ABEC**
3998 Schelden Circle
Bethlehem, PA 18017
P +1 610-861-4666
spickering@abec.com
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. Thank you. ABEC, Inc.*