# Exhibit J

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Monday, February 13, 2023 9:52 AM
**To:** Scott Pickering
**Subject:** Re: *EXTERNAL* re

To note, I don't think you'll find these comments deviate from the core principles of what you need here. Will be much more effective to discuss them 1:1 on a call after you receive. Thanks again.

---

**From:** Josh Tetrick <josh23@ju.st>
**Sent:** Monday, February 13, 2023 6:50 AM
**To:** Scott Pickering <spickering@abec.com>
**Subject:** Re: *EXTERNAL* re

Scott, hope you had a good weekend. I noted pending legal comments when I sent over to ensure that was clear. And I will share them w/you and if you're free, we can walk through together today. I'll send a few times shortly. Thanks.

---

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Monday, February 13, 2023 6:28 AM
**To:** Josh Tetrick <josh23@ju.st>
**Subject:** RE: *EXTERNAL* re

Josh,

I did not receive any proposed modifications to the current agreement. If these are legal based requests from your GC, really helpful to have them prior so I can get advice from my team. Please send these prior to us discussing them. In terms of timing for a call, I will make myself available anytime so just let me know if you want to talk.

Thanks.

Scott

---

**From:** Scott Pickering
**Sent:** Friday, February 10, 2023 11:06 PM
**To:** Josh Tetrick <josh23@ju.st>
**Subject:** Re: *EXTERNAL* re

If you have any proposed changes to the current amendment, please send them to me so I can review with my team.

On Feb 10, 2023, at 10:51 PM, Josh Tetrick <josh23@ju.st> wrote:

**WARNING:** This email originated from outside of ABEC. Do not click on links unless you recognize the sender and have confidence that the content is safe. If the content involves a scam or phishing attempt contact IT immediately

Let me know a good time to review comments 1:1 Monday.

---

**Josh Tetrick**
Co-Founder & CEO
(415) 404-2372
visit ju.st

<JUST_logo-100.png>

---

**Notice of Confidentiality**
The information contained in this e-mail message or any attachment(s) may be confidential and/or privileged and is intended for use only by the individual(s) to whom this message is addressed. If you are not the intended recipient, any dissemination, distribution, copying, or use is strictly prohibited. If you receive this e-mail message in error, please e-mail the original sender at Eat Just, Inc. (i.e., [sender]@ju.st) and destroy this message and remove the transmission from all computer directories (including e-mail servers).