# Exhibit K

**From:** Scott Pickering <spickering@abec.com>
**Sent:** Monday, February 13, 2023 6:54 PM
**To:** Josh Tetrick
**Subject:** FW: ABEC/Good Meat agreement

Josh,

Please see below. Jim tried to get confirmation from Brandy today but has not heard back. Please be aware that ABEC expects GOOD Meat to meet the terms of the executed amendment and these PO's need to be updated with the new PO prices by this Wednesday in order to avoid a material breach. At this point, there is no tolerance for any delay on contractual commitments so please be sure that all are fully met.

Looks like Marissa scheduled your next availability for discussion tomorrow afternoon (my time), so wanted you to give you a heads-up reminder earlier to ensure these PO changes are completed by Wednesday.

Thanks.

Scott

---

**From:** Jim Lynch <jlynch@abec.com>
**Sent:** Monday, February 13, 2023 6:40 PM
**To:** Scott Pickering <spickering@abec.com>
**Subject:** FW: ABEC/Good Meat agreement

Scott,
See below. I have not heard back from Brandy today. These PO's are due by Wednesday, the 15th and I wanted to give her a heads up.
Jim

---

**From:** Jim Lynch
**Sent:** Monday, February 13, 2023 9:30 AM
**To:** Brandy Green <bgreen@ju.st>
**Subject:** ABEC/Good Meat agreement

Brandy,

A couple of other items from the agreement are coming due soon.
Section 3 requires supplemental PO's (Supplemental #1 Cost Impact Price Increase) to be issued within 10 business days of the agreement which would be February 15th. The PO numbers and amounts are in the chart in Section 3.

Please confirm today we will have these PO's by Wednesday and please let me know if you have any questions.

Thanks,
Jim

**Jim Lynch**
**CFO**

**ABEC**
3998 Schelden Circle | Bethlehem, PA 18017 USA
Cork Road | Fermoy | Co. Cork Ireland
P +1 610-861-4666 | M USA +1 610-633-0868 | M IRL +353 87 9762475
www.abec.com |

*This message and any attachments are solely for the intended recipient and may contain confidential, privileged, or proprietary information; it is issued in strict confidence and shall not be reproduced or copied or disclosed in whole or in part without the express written consent of ABEC, Inc. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message or any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you. ABEC, Inc.*