# Exhibit L

**From:** Gabby Grinberg <ggrinberg@ju.st>
**Date:** Tuesday, February 14, 2023 at 10:24 PM
**To:** "Pickering, Scott" <spickering@abec.com>
**Subject:** Connect tomorrow

Hey Scott, thanks again for connecting today. Let me know if you have time tomorrow to go through a couple specific points on the proposed amendment.

Thank you,
Gabby