IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAT JUST, INC. <br><br> And <br><br> GOOD MEAT, INC. <br><br> Defendants. | Civil Action No.: 5:23-cv-01091-WB |

**PLAINTIFF, ABEC, INC.'S MOTION FOR APPOINTMENT OF SPECIAL DISCOVERY MASTER**

Pursuant to Rule 53 of the Federal Rules of Civil Procedure, Plaintiff, ABEC Inc., by and through its undersigned counsel, hereby requests that this Court appoint a special master to hear and resolve all discovery disputes in this matter. The recommended special master for the discovery disputes would be Magistrate Judge Craig Straw, who has a familiarity with the technology, the parties, and the claims asserted. Plaintiff's motion is supported by the accompanying Memorandum of Law in Support of Plaintiff's Motion for Appointment of Special Discovery Master, which is being filed simultaneously herewith.

Respectfully submitted,

KLEHR HARRISON
HARVEY BRANZBURG LLP

Dated: February 13, 2024      By: /s/ Stephanie D. Wolbransky
                                   Charles A. Ercole
                                   Peter J. Norman
                                   Stephanie D. Wolbransky

10862191.v1

1835 Market Street
Philadelphia, PA  19103
cercole@klehr.com
pnorman@klehr.com
swolbransky@klehr.com
(215) 569-2700

*Attorneys for Plaintiff ABEC, Inc.*

10862191.v1