IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC., <br><br>     Plaintiff, <br><br>  v. <br><br> EAT JUST, INC. <br><br> And <br><br> GOOD MEAT, INC. <br><br>     Defendants. | Civil Action No.: 5:23-cv-01091-WB |

## **ORDER**

  AND NOW, this ___ day of _____, 2024, upon consideration of Plaintiff's Motion for Appointment of Discovery Special Master, and any responses thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

                   BY THE COURT:

                   _____
                   Hon. Wendy Beetlestone