IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAT JUST, INC. <br><br> And <br><br> GOOD MEAT, INC. <br><br> Defendants. | Civil Action No.: 5:23-cv-01091-WB |

## ORDER

AND NOW, this 14th day of February, 2024, upon consideration of Plaintiff's Motion for Appointment of Discovery Special Master, and any responses thereto, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
Honorable Wendy Beetlestone