AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 5:23-cv-01091-WB

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) Midway Ventures Partners LLC c/o Paracorp Incorporated (agent)
on (date) 2-14-24 .

☐ I served the subpoena by delivering a copy to the named individual as follows: Cathryne Velazquez at 2140 S. Dupont Hwy, Camden, De. 19934
_____ on (date) 2-14-24 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-15-24

Jill Ceresini
Server's signature

Jill Ceresini  Process Server
Printed name and title

401 S 2nd St, Phila, pa 19147
Server's address

Additional information regarding attempted service, etc.: