IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAT JUST, INC. <br><br> and <br><br> GOOD MEAT, INC., <br><br> Defendants. | Civil Action No.: 5-23-cv-01091-WB |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2024, upon consideration of ABEC, Inc.'s Motion to Dismiss Defendants' Counterclaims (ECF No. 62, the "Motion") and Defendants' Response in Opposition (ECF No. ____ ), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
Hon. Wendy Beetlestone
U.S. District Judge