## **CERTIFICATE OF SERVICE**

      I, Peter J. Norman, hereby certify that on March 7, 2024, I caused a true and correct copy of the foregoing document to be served on all counsel of record via the Court's electronic filing system.

| | |
|---|---|
| Dated: March 7, 2024 | */s/ Peter J. Norman* |
| | Peter J. Norman |

10891723.v3