# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABEC, INC.,** <br>       **Plaintiff,** <br><br> v. <br><br> **EAT JUST, INC. AND GOOD MEAT, INC.,** <br>       **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 23-1091** |

## O R D E R

**AND NOW**, this 17th day of April, 2024, upon consideration of Plaintiff ABEC, Inc.'s Motions to Compel (ECF Nos. 78, 79, 80, 81, 82, 83, 84, and 85), Third Parties AME Cloud Ventures, LLC's; Charlesbank Capital Partners'; Collaborative I, LP's; Founders Fund V Entrepreneurs Fund, LP's; Graphene Ventures, L.P.'s; Graphene Ventures, LLC's; Hudson Post Credit Opportunities Aggregator II, LLC's; and Midway Venture Partners, LLC's (together, the "Third Parties") Omnibus Response in Opposition (ECF No. 94), and Plaintiff's Reply (ECF No. 95), it is hereby **ORDERED** that Plaintiff's Motions are **DENIED WITHOUT PREJUDICE**. It is **FURTHER ORDERED** that Plaintiff and the Third Parties shall meet and confer again to discuss the proper scope of Plaintiff's discovery requests. If the discovery disputes detailed in these filings are not resolved by May 1, 2024, ABEC and the Third Parties will be ordered to appear in person before the Court to resolve their disputes.

                                                           **BY THE COURT:**

                                                           /S/WENDY BEETLESTONE, J.

                                                           **WENDY BEETLESTONE, J.**