IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABEC, INC.,<br>                **Plaintiff,**<br><br>      v.<br><br>EAT JUST, INC. AND GOOD MEAT, INC.,<br>                **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  23-1091 |

## ORDER

**AND NOW**, this 30th day of April, 2024, upon consideration of ABEC's Motion to Dismiss Defendants' Counterclaims (ECF No. 62) and all responses and replies thereto (ECF Nos. 76, 77), it is **HEREBY ORDERED** that ABEC's Motion is **GRANTED IN PART AND DENIED IN PART** in accordance with the accompanying opinion.  Defendants' counterclaims III, IV, and V are **DISMISSED WITHOUT PREJUDICE.**

                                      **BY THE COURT:**

                                      /s/Wendy Beetlestone, J.

                                      _____
                                      **WENDY BEETLESTONE, J.**