| Attorney or Party without Attorney:<br>STEPHANIE WOLBRANSKY (SBN )<br>DONAHUE FITZGERALD, LLP<br>1999 HARRISON STREET 26TH FLOOR<br>OAKLAND , CA 94612<br>  Telephone No: (510) 451-3300<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>33862.00001 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||| 
| Plaintiff: ABEC, INC.<br>Defendant: EAT JUST, INC. and GOOD MEAT, INC. |||

| PROOF OF SERVICE | Hearing Date:<br>12/5/2024 | Time:<br>12:00 PM | Dept/Div: | Case Number:<br>5:23-CV-01091-WB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; LETTER DATED NOVEMBER 21, 2024

3. a. Party served: MERISSA HAMILTON
   b. Person served: MERISSA HAMILTON

4. Address where the party was served: 15 MOORING ROAD, SAN RAFAEL, CA 94901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Nov 22 2024 (2) at: 10:53 AM
   b. Witness Fee: $66.00

6. **Person Who Served Papers:**
   a. Matt Anderson (97 Marin County)
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/22/2024
(Date)

(Signature)



PROOF OF SERVICE

12219384
(6152214)