# AFFIDAVIT OF SERVICE

| Case: 5:23-cv-01091 | Court: United States District Court for the Eastern District of Pennsylvania | County: Philadelphia, PA | Job: 12303453 (NorthLaw) |
|---|---|---|---|
| **Plaintiff / Petitioner:** ABEC. Inc. | | **Defendant / Respondent:** Eat Just. Inc and Good Meat. Inc. | |
| **Received by:** Wheeler Services LLC. | | **For:** Fredericks & Palmer Process Serving, LLC | |
| **To be served upon:** Doug Silvey | | | |

I, Jason Moody, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Doug Silvey, CSI: 2700 North Partnership Boulevard, Springfield, MO 65803
**Manner of Service:** Personal/Individual, Dec 11, 2024, 9:29 am CST
**Documents:** Attorney Letter, Subpoena, Federal Rule of Civil Prodedure 45 and Witness Fee Check # 2575 for $66.92 (Received Dec 2, 2024 at 9:31am CST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 10, 2024, 12:36 pm CST at Home: 254 Owl Ln, Highlandville, MO 65669
No answer at door. Vehicle in drive plate number RJ2W3C. There is a package on porch addressed to Ian Waddle 254 Owl lane sitting in driveway.

2) Successful Attempt: Dec 11, 2024, 9:29 am CST at CSI: 2700 North Partnership Boulevard, Springfield, MO 65803 received by Doug Silvey. Served to Doug Silvey at his work after speaking with him onnthe phone and agreeing to meet here.

_Jason Moody_
Jason Moody
12.11.24
Date

Subscribed and sworn to before me by the affiant who is personally known to me

_Vincent Galindo_
Notary Public
12-11-24        2-25-2028
Date            Commission Expires

Wheeler Services LLC.
2131 W Republic Rd #512
Springfield, MO 65807
417-987-9354



Notary Seal: VINCENT GALINDO, My Commission Expires 02-25-2028, NOTARY SEAL Greene County, Commission # 24357620, NOTARY PUBLIC - STATE OF MISSOURI