IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABEC, INC.,**<br>Plaintiff,<br><br>v.<br><br>**EAT JUST, INC.**<br><br>and<br><br>**GOOD MEAT, INC.**<br><br>Defendants. | Civil Action No.: 5:23-cv-01091 |

**STIPULATION AND CONSENT ORDER**

WHEREAS, on August 8, 2023, Plaintiff ABEC, Inc. ("Plaintiff") filed an Amended Complaint [ECF -37] (generally, the "Claims") with this Court against Defendants Eat Just, Inc. and Good Meat, Inc.;

WHEREAS, on January 18, 2024, Defendants, Eat Just, Inc. and Good Meat, Inc. (together the "Defendants") filed their Answer, Affirmative Defenses, and Counterclaims against ABEC, Inc. [ECF-58] (generally, the "Counterclaims");

WHEREAS, on March 11, 2025, Plaintiff and Defendants (the "Parties") entered into a confidential settlement agreement (generally, the "Settlement Agreement");

WHEREAS, pursuant to the terms of the Settlement Agreement, the Parties have agreed to the entry of a consent order with respect to the Claims and Counterclaims;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, respectfully request that the Court approve this Stipulation and Proposed Consent Order and enter judgment in this matter as follows:

1. Judgment is entered on Count I of the Amended Complaint in favor of Plaintiff ABEC, Inc. and against Defendant Eat Just, Inc. in the amount of **$100.00,** with prejudice.

2. Judgment on Counts II, III, and IV of the Amended Complaint is entered in favor of Defendant Eat Just, Inc. and against Plaintiff ABEC, Inc., with prejudice.

3. Judgment is entered on Count II of the Amended Complaint in favor of Plaintiff ABEC, Inc. and against Defendant Good Meat, Inc. in the amount of **$4,399,900.00,** with prejudice.

4. Judgment on Counts I, III, and IV of the Amended Complaint is entered in favor of Defendant Good Meat, Inc. and against Plaintiff ABEC, Inc. with prejudice.

5. Judgment is entered on Counts I, II, III, IV, and V of the Counterclaims in favor of Plaintiff ABEC, Inc. and against Defendants Eat Just, Inc. and Good Meat, Inc., with prejudice.

6. Each party shall be responsible for its own costs and expenses in this matter.

Respectfully submitted,

Dated: March 11, 2025

*/s/ Gaetano Piccirilli*
Gaetano Piccirilli
Catherine V. Wigglesworth
Stephanie D. Wolbransky
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-2700
GPiccirilli@klehr.com
cwigglesworth@klehr.com
swolbransky@klehr.com

Peter J. Norman
NorthBoundPax PLLC
P.O. Box 329
Wayne, PA 19807
(610) 608-2478
peten@northboundpax.com

*Attorneys for Plaintiff*

/s/ Evan North
_____
Evan North
NORTH LAW PLLC
1900 Market Street, Suite 800
Philadelphia, PA 19103
Tel.: (202) 921-1651
Email: evan@northlawpllc.com

Edward Robson
Joseph Frabizzio
ROBSON & ROBSON P.C.
2200 Renaissance Blvd., Suite 270
King of Prussia, PA 19406
Tel: (610) 825-3009
ERobson@Robsonlaw.com
JFrabizzio@Robsonlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: March 11, 2025

/s/ Wendy Beetlestone, J.
_____
WENDY BEETLESTONE
United States District Judge